# EXHIBIT B

onsetfinancial

ORIGINAL

**LEASE SCHEDULE NO. 028**
**TO**
**MASTER LEASE AGREEMENT NO. OFI1045321**

This Lease Schedule No. 028 dated August 1, 2023 (the "Schedule") between **ONSET FINANCIAL, INC.** (the "Lessor") and **TRICO PRODUCTS CORPORATION** (the "Lessee") incorporates by reference the terms and conditions of Master Lease Agreement No. OFI1045321 dated May 9, 2018 (the "Master Lease"), the Master Progress Payment Agreement dated May 9, 2018 (the "MPPA"), the Exhibit A ("Property") and the Exhibit B ("Stipulated Loss Schedule"), and constitutes a separate lease between Lessor and Lessee and is referred to herein as the "Lease". Lessor shall have the right to replace this Schedule with multiple Schedules and to replace the related Stipulated Loss Schedules with multiple Stipulated Loss Schedules for the purpose of segregating the Property into separate Lease Schedules. All capitalized terms used herein but not defined herein shall have the same meanings ascribed to them in the Master Lease.

SECTION 1 PROPERTY: Manufacturing equipment and other items of Property purchased or paid for by Lessor pursuant to the MPPA, including without limitation all Certificates signed in connection with said MPPA which relate to this Schedule, all of which shall be more fully described in an Exhibit A to the Acceptance and Delivery Certificate, together with any and all attachments, accessions, additions, enhancements and replacements thereto (collectively, the "Property"). Software and soft costs collectively shall not exceed 20% of the Total Property Cost.

The Property subject to this Schedule shall be more fully described on the Exhibit A to the Acceptance and Delivery Certificate which shall be later executed by Lessee in connection with this Schedule. Upon Lessee's execution of the Acceptance and Delivery Certificate, this Section 1 shall be amended automatically to include all such Property.

SECTION 2 PROPERTY LOCATION: Location(s) as set forth on the Exhibit A to the Acceptance and Delivery Certificate.

SECTION 3 BASE PERIOD: Thirty-six (36) months starting on the Lease Commencement Date

SECTION 4 TOTAL PROPERTY COST NOT TO EXCEED: $4,000,000.00

SECTION 5 MONTHLY LEASE RATE FACTOR: 0.02925

SECTION 6 MONTHLY RENTAL: $117,000.00, plus applicable sales/use and property tax

SECTION 7 RENTAL FREQUENCY: Monthly in advance

SECTION 8 THIS SECTION INTENTIONALLY LEFT BLANK

SECTION 9 DATE OF ACCEPTANCE: As specified in the Acceptance and Delivery Certificate

SECTION 10 FLOATING LEASE RATE FACTOR: The Monthly Lease Rate Factor indicated in Section 5, shall increase .00006776 for every five (05) basis point increase in thirty-six (36) month U.S. Treasury Notes as of the Date of Acceptance of the Property (the "Amended Monthly Lease Rate Factor"), at which time the Monthly Rental under this Schedule shall be adjusted by multiplying the Total Property Cost, indicated in Section 4, by the Amended Monthly Lease Rate Factor. The thirty-six (36) month U.S. Treasury Note yield used as the basis for the calculation of the Amended Monthly Lease Rate Factor herein is 4.57%.

ORIGINAL

SECTION 11 ADDITIONAL PROVISIONS:

a. PAYMENT BY ELECTRONIC TRANSFER: In the event that a Monthly Rental payment and other monies due under the Lease are not received by Lessor or its assigns within ten (10) days of the due date, Lessee authorizes Lessor or its assigns to electronically transfer payment due under any past due invoice from Lessee's account maintained with its financial institution, and Lessee agrees to execute and deliver a written "Authorization for Electronic Transfer" form to Lessor to affect such transfers. Failure or refusal of Lessee to authorize such transfers or failure of Lessor or its assigns to receive such payments by electronic transfer shall constitute an additional Event of Default under Section 18 of the Master Lease. Upon the occurrence of the Event of Default specified above, Lessor shall be entitled to exercise its rights and remedies under the Lease.

b. EARLY TERMINATION OPTION: For purposes of this Schedule only, provided no Event of Default has occurred and is continuing under the Lease, and further provided Lessor has received twelve (12) Base Period Monthly Rental payments and Lessee has provided Lessor thirty (30) days prior written notice, Lessee may elect to early terminate this Schedule and to purchase the Property for an amount equal to the then "Current Stipulated Loss Value" (defined as the Stipulated Loss Value specified in the attached Exhibit B corresponding to the most recent payment made by Lessee), together with all applicable taxes and other amounts due under the Lease, including but not limited to sales and use tax, property tax, late charges, and any and all other sums due. Lessor's sale of Property to the Lessee pursuant to this clause shall be on an "as-is, where-is" basis, without any representation or warranty by, or recourse to, the Lessor, except as to the absence of liens created by or through Lessor.

c. INSPECTION: Pursuant to the terms and conditions of the Master Lease, Lessor requires a third-party inspection of each item of Property. Upon Lessor's receipt of a satisfactory third-party inspection of the Property evidencing that the Property is delivered, installed and in good working order and condition, Lessor will provide Lessee a final Acceptance and Delivery Certificate, as provided in the Master Lease. Upon receipt of the final Acceptance and Delivery Certificate, and further upon Lessee's inspection, satisfaction and acceptance of the Property (subject to the terms and conditions of the Master Lease), Lessee shall execute and deliver to Lessor the final Acceptance and Delivery Certificate.

d. WAIVERS: For purposes of this Lease and to ensure that Lessor shall be granted all right, title and interest in and to the Property, and to further ensure that Lessor shall be indemnified from and against any loss or damage it might incur resulting from liens, claims, security interest or encumbrances existing or of records against the Property Location or the Property, Lessee agrees to provide to Lessor any documentation requested, including but not limited to bills of sale, waivers of interest, lien releases, mechanic's lien releases, mortgagee waivers, and any additional waivers (collectively the "Waivers"). Unless otherwise agreed to in writing by Lessor, Lessee's failure to provide Waivers shall constitute an additional Event of Default under the Lease.

e. ADDITIONAL REMEDIES ON DEFAULT- INJUNCTIVE RELIEF: Upon the occurrence of a monetary Event of Default under the Lease, upon demand by Lessor, in addition to the remedies set forth in Section 18 of the Master Lease, Lessee shall thereupon immediately cease the use of any and all Property under each and every Schedule under the Master Lease whether such use is by Lessee or any affiliate of Lessee. In the enforcement of the remedies described in this Section, Lessor shall be entitled to an injunction restraining Lessee, or any of Lessee's affiliates, from using the Property and any Property under any other Schedules executed in connection with the Master Lease. Lessee agrees that a violation of such will cause immediate and irreparable damage to Lessor and that the detriment which Lessor will suffer as a result of a breach by Lessee of the obligations contained in the Lease cannot be adequately compensated by monetary damages, and therefore Lessor shall be entitled to injunctive and other equitable relief to enforce the provisions of this Section.

Nothing contained herein shall prohibit Lessor from also pursuing any other remedies available under the Master Lease, the Schedule, or otherwise at law, and no action by Lessor in pursuing any other remedies

ORIGINAL

shall constitute an election to forego other remedies. Lessee agrees that the foregoing remedies are in addition to all other rights and remedies available to Lessor under the Master Lease, the Schedule, or otherwise available provided by law. In connection with Lessor's exercise of any or all of the above-listed remedies, Lessor shall be entitled to recover all costs and expenses incurred by Lessor in the enforcement of the Lease and/or the exercise of its rights hereunder, including in disabling the Property, including without limitation, reasonable attorney fees and costs incurred by Lessor. In the event of enforcement by Lessor through judicial proceedings, Lessee hereby waives any requirement that Lessor post a bond. Lessor's failure to promptly enforce any right or remedy hereunder shall not operate as a waiver of such right or remedy, and Lessor's waiver of any default shall not constitute a waiver of any subsequent or other default. Lessee further agrees that the rights and remedies available to Lessor under the Lease may be enforced by specific performance, including by injunction.

f. SELF-MAINTENANCE: For purposes of this Schedule only, Lessee shall, and at its own expense, either (i) enter into and maintain in force a contract with the manufacturer or other qualified maintenance organization satisfactory to Lessor for maintenance of the Property; or (ii) self-maintain the Property in accordance with the manufacturer's standard maintenance agreement. Such contract or self-maintenance as to the Property shall commence upon the earlier of the Certificate Date, if applicable, or the Date of Acceptance. Upon Lessor's request, Lessee shall furnish Lessor with a copy of such contract or provide to Lessor satisfactory evidence of self-maintenance.

g. CURRENCY: Unless otherwise specifically stated, all monies referenced in the Lease and any accompanying documents shall be deemed to be in U.S. Dollars. All payments due to Lessor and/or its assigns, shall be due and payable in U.S. Dollars.

h. AMENDMENT AUTHORIZATION: Lessee agrees that upon determination of the conversion rate from any foreign currency to USD, as applicable, which determination shall take place at the time of the respective funding, this Schedule, together with any and all applicable related documents, shall be amended to reflect in USD, the final Total Property Cost, Monthly Rental and Deposit.

i. BAILEE: Notwithstanding anything to the contrary contained herein or in the Master Lease, Lessor and Lessee acknowledge and agree that Lessee may deliver possession of the Property to one or more related companies (collectively, the "Bailee"). Inasmuch as the Property may be located at and in use by the Bailee, Lessee agrees, to (i) cooperate with Lessor in protecting Lessor's interests in the Property, (ii) authorize Lessor to take any measures necessary to protect its ownership and/or interest in the Property, and (iii) execute, or cause each Bailee to execute, any further documentation and to take any further actions, reasonably requested by Lessor to evidence ownership or to perfect the security interest granted under the Lease or to effectuate the rights granted to Lessor under the Lease.

j. MASTER LEASE TERMS AND CONDITIONS: Unless otherwise specifically modified herein, all terms and conditions of the Master Lease shall continue to be in full force and effect without change.

SECTION 12 REPRESENTATION OF LESSEE: Lessor and Lessee agree that this Schedule is a "Finance Lease" as defined by the Uniform Commercial Code Article 2A, in that (i) Lessee has selected the Property in its sole discretion, (ii) Lessor has acquired the Property solely for the purpose of leasing such Property under this Schedule, and (iii) Lessee has received a copy of the contract evidencing Lessor's purchase of the Property.

[Signature(s) on following page]

ORIGINAL

[Lease Schedule No. 028 Signature Page]

| LESSOR: | | LESSEE: | |
|---|---|---|---|
| **ONSET FINANCIAL, INC.** | | **TRICO PRODUCTS CORPORATION** | |
| BY: | Lindsay Fellmeth | BY: | Edward James |
| TITLE: | Vice President | TITLE: | Executive Vice President |

ORIGINAL

**EXHIBIT B**
**STIPULATED LOSS SCHEDULE**
**DATED AUGUST 01, 2023**
**TO**
**LEASE SCHEDULE NO. 028**
**DATED AUGUST 01, 2023**
**TO**
**MASTER LEASE AGREEMENT NO. OFI1045321**
**STIPULATED LOSS VALUE TABLE**

| AFTER MONTHLY PAYMENT | TOTAL STIPULATED LOSS VALUE | STIPULATED LOSS PERCENTAGE | AFTER MONTHLY PAYMENT | TOTAL STIPULATED LOSS VALUE | STIPULATED LOSS PERCENTAGE |
|---|---|---|---|---|---|
| 0 | $4,800,000 | 120.00% | 19 | $3,224,357 | 80.61% |
| 1 | $4,739,835 | 118.50% | 20 | $3,129,494 | 78.24% |
| 2 | $4,659,327 | 116.48% | 21 | $3,047,951 | 76.20% |
| 3 | $4,578,199 | 114.45% | 22 | $2,950,607 | 73.77% |
| 4 | $4,496,446 | 112.41% | 23 | $2,852,636 | 71.32% |
| 5 | $4,414,064 | 110.35% | 24 | $2,754,032 | 68.85% |
| 6 | $4,365,485 | 109.14% | 25 | $2,654,793 | 66.37% |
| 7 | $4,280,275 | 107.01% | 26 | $2,554,914 | 63.87% |
| 8 | $4,194,446 | 104.86% | 27 | $2,454,390 | 61.36% |
| 9 | $4,107,991 | 102.70% | 28 | $2,353,219 | 58.83% |
| 10 | $4,020,907 | 100.52% | 29 | $2,256,928 | 56.42% |
| 11 | $3,933,188 | 98.33% | 30 | $2,153,542 | 53.84% |
| 12 | $3,844,831 | 96.12% | 31 | $2,049,533 | 51.24% |
| 13 | $3,755,830 | 93.90% | 32 | $1,944,896 | 48.62% |
| 14 | $3,689,055 | 92.23% | 33 | $1,839,629 | 45.99% |
| 15 | $3,597,383 | 89.93% | 34 | $1,733,726 | 43.34% |
| 16 | $3,505,081 | 87.63% | 35 | $1,627,184 | 40.68% |
| 17 | $3,412,146 | 85.30% | 36 | $1,520,000 | 38.00% |
| 18 | $3,318,573 | 82.96% | and thereafter | | |

The Stipulated Loss Value for any item of lost, damaged or destroyed Property shall be the Lessor's original cost of such item of Property multiplied by the Stipulated Loss Percentage indicated in the above table which corresponds to the month of the Lease after the Lease Commencement Date in which the last Monthly Rental payment was made. In the event of a total loss or destruction, the Stipulated Loss Value for all lost or damaged Property shall be equal to the percentage or dollar amount, as the case may be, listed under the Total Stipulated Loss Value indicated above which corresponds to the month of the Lease after the Lease Commencement Date in which the last Monthly Rental payment was made. If a partial or total loss occurs at any time prior to the Lease Commencement Date of the Lease, then the Stipulated Loss Value shall be equal to 120% of the total amount funded. In the event the Lease is continued for any reason, then the last percentage or dollar amount, as the case may be, shown above shall control throughout any such continued term.

In the event of default under the Lease, Lessor may, in addition to all other remedies available to it under the Lease, recover the dollar amount listed under the Total Stipulated Loss Value indicated above as of the Monthly Rental payment date immediately preceding the date of the default, or in the event of a default under the Master Progress Payment Agreement, Lessor may recover an amount equal to 120% of the total amount funded.

[Signature(s) on following page]

ORIGINAL

[STIPULATED LOSS SCHEDULE DATED AUGUST 01, 2023 TO LEASE SCHEDULE NO. 028 SIGNATURE PAGE]

LESSOR:

**ONSET FINANCIAL, INC.**

BY: ______________________
Lindsay Fellmeth
TITLE: Vice President

LESSEE:

**TRICO PRODUCTS CORPORATION**

BY: ______________________
Edward James
TITLE: Executive Vice President

onsetfinancial

**AMENDMENT NO. 1**
**TO**
**LEASE SCHEDULE NO. 028**
**TO**
**MASTER LEASE AGREEMENT NO. OFI1045321**

ORIGINAL

Reference is made to Lease Schedule No. 028 dated August 1, 2023, including any amendments thereto, (collectively, the "Schedule") between **ONSET FINANCIAL, INC.** (the "Lessor") and **TRICO PRODUCTS CORPORATION** (the "Lessee") to Master Lease Agreement No. OFI1045321 dated May 9, 2018 (the "Master Lease"). The Schedule as it incorporates the terms and conditions of the Master Lease is referred to herein as the "Lease". Pursuant to the Lease, Lessor has agreed to purchase and lease to Lessee property specified in the Lease. All capitalized terms used herein but not defined herein shall have the same meanings ascribed to them in the Lease.

The Schedule, as originally signed, was based on Property with a Total Property Cost Not To Exceed $4,000,000.00. The revised Total Property Cost is $3,997,807.01. Based on the decreased Total Property Cost, the Schedule is hereby amended effective the date hereof by deleting Sections 1, 4, and 6 and replacing them with the following:

SECTION 1 PROPERTY: Manufacturing equipment together with any and all attachments, accessions, additions, enhancements and replacements thereto, all as more fully described on the Exhibit A to the Acceptance and Delivery Certificate.

SECTION 4 TOTAL PROPERTY COST: $3,997,807.01

SECTION 6 MONTHLY RENTAL: $116,935.86, plus applicable sales/use tax and property tax

The Schedule shall be further amended by deleting Section 10 in its entirety.

All other terms and conditions of the Lease shall remain in full force and effect without change.

Dated: December 4, 2024

[Signature(s) on following page]

[Amendment No. 1 to Lease Schedule No. 028 Signature Page]

ORIGINAL

| LESSOR: | | LESSEE: | |
|---|---|---|---|
| **ONSET FINANCIAL, INC.** | | **TRICO PRODUCTS CORPORATION** | |
| BY: | Lindsay Fellmeth | BY: | Edward James |
| TITLE: | Vice President | TITLE: | Executive Vice President |



\\UTSJ-VS-WFS01.OSFI.Local\Lease Operations\Master Library\Schedule Documents\LS Amendment - PP.docx

ORIGINAL

# EXHIBIT B
## STIPULATED LOSS SCHEDULE
## DATED DECEMBER 04, 2024
## TO
## LEASE SCHEDULE NO. 028
## DATED AUGUST 01, 2023
## TO
## MASTER LEASE AGREEMENT NO. OFI1045321
## STIPULATED LOSS VALUE TABLE

| AFTER MONTHLY PAYMENT | TOTAL STIPULATED LOSS VALUE | STIPULATED LOSS PERCENTAGE |
|---|---|---|
| 0 | $4,797,368 | 120.00% |
| 1 | $4,737,236 | 118.50% |
| 2 | $4,656,772 | 116.48% |
| 3 | $4,575,689 | 114.45% |
| 4 | $4,493,981 | 112.41% |
| 5 | $4,411,644 | 110.35% |
| 6 | $4,363,091 | 109.14% |
| 7 | $4,277,929 | 107.01% |
| 8 | $4,192,146 | 104.86% |
| 9 | $4,105,739 | 102.70% |
| 10 | $4,018,702 | 100.52% |
| 11 | $3,931,032 | 98.33% |
| 12 | $3,842,723 | 96.12% |
| 13 | $3,753,771 | 93.90% |
| 14 | $3,687,033 | 92.23% |
| 15 | $3,595,411 | 89.93% |
| 16 | $3,503,160 | 87.63% |
| 17 | $3,410,275 | 85.30% |
| 18 | $3,316,753 | 82.96% |
| 19 | $3,222,589 | 80.61% |
| 20 | $3,127,778 | 78.24% |
| 21 | $3,046,280 | 76.20% |
| 22 | $2,948,990 | 73.77% |
| 23 | $2,851,072 | 71.32% |
| 24 | $2,752,522 | 68.85% |
| 25 | $2,653,338 | 66.37% |
| 26 | $2,553,513 | 63.87% |
| 27 | $2,453,045 | 61.36% |
| 28 | $2,351,929 | 58.83% |
| 29 | $2,255,690 | 56.42% |
| 30 | $2,152,362 | 53.84% |
| 31 | $2,048,409 | 51.24% |
| 32 | $1,943,830 | 48.62% |
| 33 | $1,838,620 | 45.99% |
| 34 | $1,732,775 | 43.34% |
| 35 | $1,626,292 | 40.68% |
| 36 and thereafter | $1,519,167 | 38.00% |

**This Stipulated Loss Schedule replaces and supercedes any and all Stipulated Loss Schedules signed previously in connection with Lease Schedule No. 028**

The Stipulated Loss Value for any item of lost, damaged or destroyed Property shall be the Lessor's original cost of such item of Property multiplied by the Stipulated Loss Percentage indicated in the above table which corresponds to the month of the Lease after the Lease Commencement Date in which the last Monthly Rental payment was made. In the event of a total loss or destruction, the Stipulated Loss Value for all lost or damaged Property shall be equal to the percentage or dollar amount, as the case may be, listed under the Total Stipulated Loss Value indicated above which corresponds to the month of the Lease after the Lease Commencement Date in which the last Monthly Rental payment was made. If a partial or total loss occurs at any time prior to the Lease Commencement Date of the Lease, then the Stipulated Loss Value shall be equal to 120% of the total amount funded. In the event the Lease is continued for any reason, then the last percentage or dollar amount, as the case may be, shown above shall control throughout any such continued term.

In the event of default under the Lease, Lessor may, in addition to all other remedies available to it under the Lease, recover the dollar amount listed under the Total Stipulated Loss Value indicated above as of the Monthly Rental payment date immediately preceding the date of the default.

[Signature(s) on following page]

ORIGINAL

[STIPULATED LOSS SCHEDULE DATED DECEMBER 04, 2024 TO LEASE SCHEDULE NO. 028 SIGNATURE PAGE]

LESSOR:

**ONSET FINANCIAL, INC.**

BY: ______________________
Lindsay Fellmeth
TITLE: Vice President

LESSEE:

**TRICO PRODUCTS CORPORATION**

BY: ______________________
Edward James
TITLE: Executive Vice President

onsetfinancial

## ACCEPTANCE AND DELIVERY CERTIFICATE
## TO
## LEASE SCHEDULE NO. 028

Reference is made to Lease Schedule No. 028 dated August 1, 2023, including any amendments thereto, (collectively, the "Schedule") which incorporates the terms and conditions of Master Lease Agreement No. OFI1045321 dated May 9, 2018 (the "Master Lease") between **ONSET FINANCIAL, INC.** (the "Lessor") and **TRICO PRODUCTS CORPORATION** (the "Lessee"). The Master Lease and Schedule shall be referenced herein collectively as the Lease. All capitalized terms used herein but not defined herein shall have the same meanings ascribed to them in the Master Lease.

SECTION 1 PROPERTY: Manufacturing equipment as more fully described on the attached Exhibit A, which by reference becomes a part hereof, together with any and all attachments, accessions, additions, enhancements and replacements thereto (collectively, the "Property").

SECTION 2 PROPERTY LOCATION: Location(s) of Lessee as set forth on the attached Exhibit A.

SECTION 3 DATE OF ACCEPTANCE: December 4, 2024

SECTION 4 CONDITION OF THE PROPERTY: Lessee hereby acknowledges that all items of Property described in Section 1 have been delivered and received, have been properly installed, examined and tested and determined by Lessee to be in good working condition, operating satisfactorily in all respects, and for all of intended uses and purposes, and Lessee hereby unconditionally and irrevocably accepts the Property for all purposes under the Lease.

SECTION 5 DISBURSEMENTS: By signature below Lessee hereby i) ratifies Lessor's prior payment, if any, for items of Property purchased or paid for by Lessor pursuant to all Certificates signed in connection with the Master Progress Payment Agreement and described on the attached Exhibit A, and ii) authorizes and directs Lessor to pay the purchase price for items of Property, if any, described on the attached Exhibit A which are not paid, all of which are covered under the Lease.

[Signature(s) on following page]

[Acceptance and Delivery Certificate Signature Page to Lease Schedule No. 028]

LESSEE: **TRICO PRODUCTS CORPORATION**

BY: ______________________
Edward James
TITLE: Executive Vice President

EXHIBIT A

**Trico Products Corporation**
**Master Lease No. OFI1045321**
**Lease Schedule No. 028**

$3,997,807.01 $3,997,807.01

| ADDRESS | CITY | ST | ZIP | VENDOR | INVOICE NO. | INVOICE DATE | QTY | DESCRIPTION | IDENTIFICATION # | PC NO. | PER UNIT | UNIT TOTAL | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | UMD AUTOMATED SYSTEMS, INC. | 7212<br>7358<br>7438<br>7666<br>7699 | 03/29/2023<br>06/30/2023<br>07/26/2023<br>11/17/2023<br>12/13/2023 | 2 | RUBBER MIXING INSOURCE - 20" CANTILEVER BATCH OFF | | 1.1<br>1.2<br>1.3<br>1.4 | $467,472.00 | $934,944.00 | |
| | | | | | | | 1 | MECHANICAL SUPPORT | | 1.1<br>1.2<br>1.3<br>1.4 | $10,572.00 | $10,572.00 | |
| | | | | | | | 1 | START-UP PROGRAM SUPPORT | | 1.1<br>1.2<br>1.3<br>1.4 | $17,567.00 | $17,567.00 | $963,083.00 |
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | UMD AUTOMATED SYSTEMS, INC. | 7258<br>7359<br>7437<br>7700<br>7701 | 04/27/2023<br>06/30/2023<br>07/26/2023<br>12/13/2023<br>12/13/2023 | 2 | RUBBER MIXING INSOURCE - ROTARY CUTTERS | | 2.1<br>2.2<br>2.3<br>2.4<br>2.1<br>2.2<br>2.3<br>2.4 | $101,371.00 | $202,742.00 | $202,742.00 |
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | E.S.I.-EXTRUSION SERVICES, INC. | D-3273<br>C3273<br>N-3273 | 06/2/2023<br>08/22/2023<br>10/20/2023 | 2 | ACCUFLY CUTTERS | 2232731<br>2232732 | 3.1<br>3.2<br>3.3<br>3.1<br>3.2<br>3.3 | $71,550.00 | $143,100.00 | $143,100.00 |
| Champion Laboratories, Inc. located at 301 Industrial Drive | Albion | IL | 62806 | BRAD A. ATTEBERRY dba ATTEBERRY MACHINE & TOOL | 5415<br>5427<br>5428 | 7/27/2023<br>10/17/2023<br>10/17/2023 | 40 | AF3195 BOTTOM MOLD | | 4.1<br>4.2 | $650.00 | $26,000.00 | |
| | | | | | | | 40 | AF3195 TOP MOLD | | 4.1<br>4.2 | $550.00 | $22,000.00 | $48,000.00 |
| Brake Parts Inc LLC located at: 2701 Keystone Pacific Parkway, Suite 100 | Patterson | CA | 95363 | IMPACT AUTOMATION, INC. | 2404<br>2526<br>2550 | 06/26/2023<br>10/16/2023<br>10/24/2023 | 1 | MECHANICAL EQUIPMENT, INCLUDING BUT NOT LIMITED TO CONVEYOR BELTS, MOTORS, AND FRAMES, PHOTOEYES FOR AUTOMATED SENSORS, ELECTRICAL BOXES AND WIRING FOR THE SYSTEM | | 5.1<br>5.2 | $76,145.00 | $76,145.00 | |
| | | | | | | | 1 | INSTALLATION | | 5.1<br>5.2 | $48,037.00 | $48,037.00 | |
| | | | | | | | 1 | PLC/POWER SUPPLY PANELS | | 5.1<br>5.2 | $17,500.00 | $17,500.00 | |
| | | | | | | | 1 | DEVICES | | 5.1<br>5.2 | $1,250.00 | $1,250.00 | |
| | | | | | | | 1 | SITE MANAGEMENT PROGRAMMING AND COMMISSIONING | | 5.1<br>5.2 | $22,375.00 | $22,375.00 | |
| | | | | | | | 1 | FREIGHT | | 5.1<br>5.2 | $6,000.20 | $6,000.20 | $171,307.20 |
| Strongarm, LLC located at 3108 HWY 76 East | Marion | SC | 29571 | AMERICAN HERMETICS OF GEORGIA, INC. | 16985 | 6/27/2023 | 1 | REMANUFACTURED TRANE COMPRESSOR | | 6 | $10,679.62 | $10,679.62 | |
| | | | | | | | 16 | REFRIGERANT, 25LB CYLINDER | | 6 | $432.00 | $6,912.00 | |
| | | | | | | | 1 | FREIGHT CHARGES | | 6 | $600.00 | $600.00 | $18,191.62 |
| Framauto Holdings, LLC located at 851 Jackson Street | Greenville | OH | 45331 | NORDSON CORPORATION | 2980009145<br>9161851948 | 6/29/2023<br>2/28/2024 | 5 | EXTRUDER EX-007 | | 7.1<br>7.2 | $77,234.05 | $386,170.25 | |

EXHIBIT A

Trico Products Corporation
Master Lease No. OFI1045321
Lease Schedule No. 028

$3,997,807.01 $3,997,807.01

| ADDRESS | CITY | ST | ZIP | VENDOR | INVOICE NO. | INVOICE DATE | QTY | DESCRIPTION | IDENTIFICATION # | PC NO. | PER UNIT | UNIT TOTAL | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 5 | BLUE SERIES GUN SINGLE MODULE | SA23J54163, SA23J54164, SA23J54165, SA23J54166, SA23J54167 | 7.1 7.2 | $1,913.16 | $9,565.80 | |
| | | | | | | | 5 | CONN ASSY | | 7.1 7.2 | $34.31 | $171.55 | |
| | | | | | | | 5 | SERVICE KIT, 45DEG HOSE CONN | | 7.1 7.2 | $25.50 | $127.50 | |
| | | | | | | | 10 | O RING, KALREZ, 3/8 TUBE | | 7.1 7.2 | $215.60 | $2,156.00 | |
| | | | | | | | 5 | KIT, INSULAT. FILTER, INLINE, SATURN | | 7.1 7.2 | $131.12 | $655.60 | |
| | | | | | | | 5 | JACKET, GUN, BC, SINGLE, BACK, AOAC | | 7.1 7.2 | $170.72 | $853.60 | |
| | | | | | | | 5 | KIT, MULTI-TOOL, CAP/NOZ/FILTER | | 7.1 7.2 | $100.32 | $501.60 | |
| | | | | | | | 5 | HOSE, BLUE SERIES, 5/16X 8 FT, 240V, AU | NC23L40907, NC23L40912, NC23L40928, NC23L40933, NC23L40934 | 7.1 7.2 | $746.24 | $3,731.20 | |
| | | | | | | | 5 | HOLDER, 5/16 HOSE | | 7.1 7.2 | $46.91 | $234.55 | |
| | | | | | | | 5 | KIT, FRAME MOUNT, REDIFLEX II SYSTEM | | 7.1 7.2 | $20.12 | $100.60 | |
| | | | | | | | 25 | STRAP, VELCRO, W/BUCKLE, 25X3CM | | 7.1 7.2 | $1.50 | $37.50 | |
| | | | | | | | 25 | STRAP, VELCRO, W/BUCKLE, 41X3CM | | 7.1 7.2 | $1.94 | $48.50 | |
| | | | | | | | 5 | KIT, INSULATION | | 7.1 7.2 | $65.52 | $327.60 | |
| | | | | | | | 1 | SHIPPING | | 7.1 7.2 | $7,196.99 | $7,196.99 | $411,878.84 |
| Champion Laboratories, Inc. located at 200 S. 4th Street | Albion | IL | 62806 | MORRISON TIMING SCREW COMPANY dba MORRISON CONTAINER HANDLING SOLUTIONS | 105345-ADV1 105345-ADV2 105345 | 09/08/2023 11/15/2023 8/30/2024 | 1 | SERVO METERING DRIVE SYSTEM | | 8.1 8.2 8.3 | $19,960.00 | $19,960.00 | |
| | | | | | | | 1 | PNEUMATIC REJECT STATION | | 8.1 8.2 8.3 | $5,000.00 | $5,000.00 | |
| | | | | | | | 1 | SYSTEM GUARDING | | 8.1 8.2 8.3 | $13,000.00 | $13,000.00 | |
| | | | | | | | 1 | AB NEMA 12 SERVO CONTROLS | | 8.1 8.2 8.3 | $21,930.00 | $21,930.00 | |
| | | | | | | | 1 | CAMERA STAND | | 8.1 8.2 8.3 | $2,400.00 | $2,400.00 | |
| | | | | | | | 1 | PALLET CHARGE | | 8.1 8.2 8.3 | $324.50 | $324.50 | |
| | | | | | | | 1 | SHIPPING | | 8.1 8.2 8.3 | $960.00 | $960.00 | $63,574.50 |
| Champion Laboratories, Inc. located at 200 S. 4th Street | Albion | IL | 62806 | SCOTT SPECIAL TOOLS, INC. | 3061631 3061800 | 09/07/2023 09/27/2023 | 1 | SUSPENDED ENG DRIVE UNIT | | 9.1 9.2 | $1,484.00 | $1,484.00 | |
| | | | | | | | 4 | DIRECT END DRIVE UNIT RH | | 9.1 9.2 | $731.00 | $2,924.00 | |
| | | | | | | | 1 | DIRECT END DRIVE UNIT LH | | 9.1 9.2 | $731.00 | $731.00 | |
| | | | | | | | 20 | STANDARD PLAIN CHAIN 5M BOX | | 9.1 9.2 | $386.00 | $7,720.00 | |
| | | | | | | | 3 | STAINLESS STEEL TOP CHAIN 5M BOX | | 9.1 9.2 | $1,351.00 | $4,053.00 | |

EXHIBIT A

Trico Products Corporation
Master Lease No. OFI1045321
Lease Schedule No. 028

$3,997,807.01 $3,997,807.01

| ADDRESS | CITY | ST | ZIP | VENDOR | INVOICE NO. | INVOICE DATE | QTY | DESCRIPTION | IDENTIFICATION # | PC NO. | PER UNIT | UNIT TOTAL | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 2 | HORIZONTAL PLAIN BEND 15 DEGREE | | 9.1<br>9.2 | $263.00 | $526.00 | |
| | | | | | | | 2 | HORIZONTAL PLAIN BEND 90 DEGREE | | 9.1<br>9.2 | $349.00 | $698.00 | |
| | | | | | | | 2 | HORIZONTAL PLAIN BEND 45 DEGREE | | 9.1<br>9.2 | $284.00 | $568.00 | |
| | | | | | | | 8 | VERTICAL BEND 5 DEGREE | | 9.1<br>9.2 | $174.00 | $1,392.00 | |
| | | | | | | | 1 | 45 DEGREE WHEEL BEND | | 9.1<br>9.2 | $372.00 | $372.00 | |
| | | | | | | | 1 | 135 DEGREE WHEEL BEND | | 9.1<br>9.2 | $427.00 | $427.00 | |
| | | | | | | | 9 | 180 DEGREE WHEEL BEND | | 9.1<br>9.2 | $450.00 | $4,050.00 | |
| | | | | | | | 10 | HDPE SLIDE RAIL | | 9.1<br>9.2 | $73.00 | $730.00 | |
| | | | | | | | 2 | ALUMINUM RIVETS 50 PRE PACK | | 9.1<br>9.2 | $16.00 | $32.00 | |
| | | | | | | | 10 | CONVEYOR BEAM | | 9.1<br>9.2 | $183.00 | $1,830.00 | |
| | | | | | | | 3 | T-BOLT 20MM LONG 50 PACK | | 9.1<br>9.2 | $24.00 | $72.00 | |
| | | | | | | | 1 | T-BOLT 53MM 50 PACK | | 9.1<br>9.2 | $43.00 | $43.00 | |
| | | | | | | | 8 | SUPPORT BEAM 64MM BY 64MM | | 9.1<br>9.2 | $134.00 | $1,072.00 | |
| | | | | | | | 40 | VERTICAL BEAM SUPPOER BRACKET | | 9.1<br>9.2 | $9.00 | $360.00 | |
| | | | | | | | 10 | ALPINE BEAM SUPPORT BRACKET | | 9.1<br>9.2 | $14.00 | $140.00 | |
| | | | | | | | 3 | SUPPORT BEAM 80MM BY 80MM | | 9.1<br>9.2 | $182.00 | $546.00 | |
| | | | | | | | 3 | 80X80MM SUPPORT BEAM FOOT | | 9.1<br>9.2 | $153.00 | $459.00 | |
| | | | | | | | 10 | FOOT FOR 64X64MM SUPPORTS | | 9.1<br>9.2 | $58.00 | $580.00 | |
| | | | | | | | 10 | VERTICAL BEAM SUPPORT BRACKETS | | 9.1<br>9.2 | $20.00 | $200.00 | |
| | | | | | | | 1 | GUARANTEED SERVICE TRACKING | | 9.1<br>9.2 | $668.80 | $668.80 | $31,677.80 |
| Champion Laboratories, Inc. located at 301 Industrial Drive | Albion | IL | 62806 | STANDARD MACHINE & FABRICATION, LLC | 1284 | 9/21/2023 | 1 | TOP MOLD PILOT | | 10 | $3,984.90 | $3,984.90 | $3,984.90 |
| Champion Laboratories, Inc. located at 200 S. 4th Street | Albion | IL | 62806 | SKYLINE MANUFACTURING CORPORATION | 6596<br>6610<br>6968 | 10/4/2023<br>10/6/2023<br>3/28/2024 | 1 | TWO-OUT BACKPLATE DIE - BUILD (1) TWO-OUT PROG DIE WITH CHANGEOVER TOOLING TO PRODUCE THE BACKPLATES | | 11.1<br>11.2<br>11.3 | $204,400.00 | $204,400.00 | $204,400.00 |

EXHIBIT A

**Trico Products Corporation**
**Master Lease No. OFI1045321**
**Lease Schedule No. 028**

$3,997,807.01 $3,997,807.01

| ADDRESS | CITY | ST | ZIP | VENDOR | INVOICE NO. | INVOICE DATE | QTY | DESCRIPTION | IDENTIFICATION # | PC NO. | PER UNIT | UNIT TOTAL | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Champion Laboratories, Inc. located at 200 S. 4th Street | Albion | IL | 62806 | SKYLINE MANUFACTURING CORPORATION | 7028 | 4/23/2024 | 1 | TWO-OUT BACKPLATE DIE - EXTRUSION DEVELOPMENT | | 11.4 | $8,675.00 | $8,675.00 | $8,675.00 |
| Champion Laboratories, Inc. located at 200 S. 4th Street | Albion | IL | 62806 | CODI MANUFACTURING, INC. | 12911.01<br>12911.03 | 8/31/2023<br>2/20/2024 | 1 | DEPALLETIZER SYSTEM - DPL-250 - SHELL SYSTEM | | 12.1<br>12.2 | $42,500.00 | $42,500.00 | |
| | | | | | | | 1 | PALLETIZER SYSTEM - PLT-1000 - ELEMENT SYSTEM | | 12.1<br>12.2 | $149,500.00 | $149,500.00 | |
| | | | | | | | 1 | DEPALL UPGRADE TO PLT1000 | | 12.1<br>12.2 | $19,500.00 | $19,500.00 | |
| | | | | | | | 1 | DPL-250 SLIP SHEET SLIDE RACK COLLECTION - BOTTOM MOUNTED | | 12.1<br>12.2 | $3,500.00 | $3,500.00 | |
| | | | | | | | 1 | CATWALK - APPROXIMATELY 36" WIDE X 96" LONG | | 12.1<br>12.2 | $4,250.00 | $4,250.00 | |
| | | | | | | | 1 | DPL-250 SECONDARY HMI - CONTROL THE DEPAL FROM THE PLATFORM | | 12.1<br>12.2 | $3,250.00 | $3,250.00 | |
| | | | | | | | 2 | ALLEN BRADLEY UPGRADE (PER MACHINE) | | 12.1<br>12.2 | $4,250.00 | $8,500.00 | |
| | | | | | | | 1 | CONVEYING SHELL SYSTEM | | 12.1<br>12.2 | $12,500.00 | $12,500.00 | |
| | | | | | | | 1 | CONVEYING WITH INDEXER FOR PALLETIZER | | 12.1<br>12.2 | $15,500.00 | $15,500.00 | |
| | | | | | | | 1 | CRATING | | 12.1<br>12.2 | $3,500.00 | $3,500.00 | |
| | | | | | | | 1 | INSTALLATION AND TRAINING (20 DAYS) INCLUDES TRAVEL AND MEALS | | 12.1<br>12.2 | $27,000.00 | $27,000.00 | $289,500.00 |
| Strongarm, LLC located at 3108 HWY 76 East | Marion | SC | 29571 | BODORLASER INC. | PIHW20230817036 | 8/16/2023 | 1 | BODOR LASER Q0 PRO - 3KW | | 13 | $150,000.00 | $150,000.00 | $150,000.00 |
| Champion Laboratories, Inc. located at 301 Industrial Drive | Albion | IL | 62806 | STANDARD MACHINE & FABRICATION, LLC | 1323<br>1451<br>1463 | 10/19/2023<br>12/20/2023<br>12/29/2023 | 140 | AF4065 BOTTOM MOLD | | 14.1<br>14.2 | $124.00 | $17,360.00 | |
| | | | | | | | 140 | AF4065 TOP MOLD | | 14.1<br>14.2 | $109.00 | $15,260.00 | |
| | | | | | | | 280 | AF4065 PACK BAR | | 14.1<br>14.2 | $18.00 | $5,040.00 | |
| | | | | | | | 280 | AF4065 MOLD PLATE RISER | | 14.1<br>14.2 | $12.50 | $3,500.00 | |
| | | | | | | | 280 | AF4065 PACK BAR HOLDER | | 14.1<br>14.2 | $18.85 | $5,278.00 | |
| | | | | | | | 140 | AF4065 FLIP PLATE | | 14.1<br>14.2 | $46.00 | $6,440.00 | $52,878.00 |
| Champion Laboratories, Inc. located at 200 S. 4th Street | Albion | IL | 62806 | POWER/MOTION, INC. | 112848 | 10/4/2023 | 1 | IS3801, UNIT ONLY, COLOR, PERFORMANCE, SC | | 15 | $10,842.86 | $10,842.86 | |
| | | | | | | | 1 | 60MM LENS COVER | | 15 | $104.00 | $104.00 | |
| | | | | | | | 1 | EDMUNDS 6MM TECHSPEC 1/1.8" FIXED FOCAL LENGTH LENS | | 15 | $593.67 | $593.67 | |
| | | | | | | | 1 | 5 PIN 10 METER LIGHT CABLE | | 15 | $104.00 | $104.00 | |
| | | | | | | | 1 | POWER AND I/O CABLE, M12-12 | | 15 | $429.00 | $429.00 | |
| | | | | | | | 1 | COGNEX X-CODED M12 ETHERNET CABLE | | 15 | $173.33 | $173.33 | |
| | | | | | | | 1 | SHIPPING | | 15 | $25.40 | $25.40 | $12,272.26 |
| | | | | | | | 2 | IS3801, UNIT ONLY, COLOR, PERFORMANCE, SC | | 15 | $10,842.86 | $21,685.72 | |
| | | | | | | | 2 | 60MM LENS COVER | | 15 | $104.00 | $208.00 | |
| | | | | | | | 2 | POWER AND I/O CABLE, M12-12 | | 15 | $164.67 | $329.34 | |
| | | | | | | | 2 | COGNEX X-CODED M12 ETHERNET CABLE | | 15 | $143.00 | $286.00 | |
| | | | | | | | 2 | LENS, MORITEX, 5MP, 8MM, 2/3" | | 15 | $619.67 | $1,239.34 | |

EXHIBIT A

**Trico Products Corporation**
**Master Lease No. OFI1045321**
**Lease Schedule No. 028**

$3,997,807.01 $3,997,807.01

| ADDRESS | CITY | ST | ZIP | VENDOR | INVOICE NO. | INVOICE DATE | QTY | DESCRIPTION | IDENTIFICATION # | PC NO. | PER UNIT | UNIT TOTAL | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 1 | SHIPPING | | 15 | $30.57 | $30.57 | $23,778.97 |
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | GRAND RIVER MAINTENANCE AND SERVICES, LLC | 1029<br>1029-2<br>1029-3 | 11/2/2023<br>12/19/2023<br>12/27/2023 | 1 | DEMOLITION SERVICES FOR CONCRETE BASE IN OPERATIONS AREA. CONSTRUCTION CONCRETE CHANNEL 26" W X 100'L X 24" H<br>INCLUDES EQUIPMENT MATERIALS AND LABOR | | 16.1<br>16.2<br>16.3 | $66,980.00 | $66,980.00 | $66,980.00 |
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | RR MULTISERVICES LLC | 1024 | 9/28/2023 | 1 | LABOR AND LIFTING EQUIPMENT FOR THE RELOCATION OF 5 COILING MACHINES. THE EQUIPMENT WILL BE LOADED AT TRICO WAREHOUSE AND TRANSPORTED TO PRODUCTION AREA. THE MOVE TO INCLUDE EQUIPMENT CLEANING. THE COILERS WILL BE MOVED FROM THE STORAGE WAREHOUSE FOR CLEANING BAND TRANSPORTED TO PRODUCTION AREA. THE PRICE INCLUDES COMPLETE RIGGING OF MACHINES LOADING AND UNLOADING INN NEW LOCATION. - SCOPE OF WORK - RIGGING AND LOAD 5 COILING MACHINES BEING MOVED TO PRODUCTION AREA. THE PRESS WILL BE ROLLED FROM THE EXISTING LOCATION AND SET IN NEW PLACE. - RIGG COILERS FROM EXISTING AREA TO STAGING LOCATION - CLEAN COILERS - ROLL PRESS OUT TO LOADING LOCATION - LOAD PRESS ON TRAILER FOR TRANSPORTATION TO PRODUCTION AREA - PRESS SET IN NEW AS PER CUSTOMER LAYOUT | | 17 | $6,700.00 | $6,700.00 | $6,700.00 |
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | RR MULTISERVICES LLC | 1034 | 11/7/2023 | 1 | LABOR AND LIFTING EQUIPMENT FOR THE RELOCATION OF 8 MACHINES. THE EQUIPMENT WILL BE LOADED AT OFF SITE WAREHOUSE AND TRANSPORTED TO NEW LOCATION ON PRODUCTION AREA. THE PRESS WILL BE ROLLED FROM EXISTING LOCATION AND LOADED ON TRAILER WITH CRANE OR FORKLIFT AS REQUIRED. THE PRESS WILL BE SET IN PLACE AS REQUESTED BY CUSTOMER. THE PRICE INCLUDES COMPLETE RIGGING OF MACHINES LOADING AND UNLOADING INN NEW LOCATION. - SCOPE OF WORK- RIGGING AND LOAD 8 MACHINES BEING MOVED FROM STORAGE WAREHOUSE TO NEW LOCATION. THE PRESS WILL BE ROLLED FROM THE EXISTING LOCATION AND SET IN NEW PLACE. - CLEAN PRESSES FOR MOVE TO NEW LOCATION. - ROLL PRESS OUT TO LOADING LOCATION. - LOAD PRESSES ON TRAILER FOR TRANSPORTATION TO PRODUCTION AREA. - PRESS SET IN MEW LOCATION AS PER CUSTOMER LAYOUT. | | 18 | $16,600.00 | $16,600.00 | $16,600.00 |
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | RR MULTISERVICES LLC | 1040 | 11/14/2023 | 1 | REMOVAL OF TUNNEL OVEN AND PARTS DRYING LINE. THE OVENS WILL BE TAKEN DOWN AND STACKED ON PALLETS FOR MOVING TO WAREHOUSE. THE REMOVE TO INCLUDE ALL LABOR AND LIFTING EQUIPMENT REQUIRED FOR COMPLETE TAKE DOWN OF OVEN AND TRANSPORTED TO NEW WAREHOUSE FOR STORING. THE ASSEMBLY DRYING LINE TAKE DOWN TO INCLUDES SETTING ON PALLETS AND SECURE ALL CONTROLS AND WIRING. THE REMOVAL OF BOTH UNITS TO INCLUDE EXHAUST DUCTS AT ROOF LEVEL. THE EXHAUST DUCT WILL BE COVERED WITH BLANK SHEET METAL PLATE. CLOSED TO KEEP EXISTING OVEN RUNNING. ALL ELECTRICAL CONNECTIONS TO BE TAGGED OUT BY J&A. THE MACHINES TO BE REMOVED IN PIECES OR PALLETS TO OF SITE WAREHOUSE. THE PRICE INCLUDES ALL LIFTING EQUIPMENT AND REQUIRED TOOLS FOR THE COMPLETE MOVE AND DISASSEMBLE OF OVENS. SCOPE OF WORK: REMOVE TUNNEL OVEN AND PARTS DRYING LINE. THE UNITS WILL BE TAKEN DOWN TO SIZE FOR TRANSPORT TO AN OF SITE WAREHOUSE. REMOVE EXHAUST AIR DUCT TO INCLUDE CLOSING OPENING TO RUNNING OVEN. TAG OUT UNITS OF ALL POWER FEEDS TO OVENS AND CONTROLS - REMOVE ALL-NATURAL GAS LINES SUPPLING THE OVENS - TAKE DOWN OF ALL VENTING AND EXHAUST DUCT WORK TO OVENS - TAKE DOWN OF OVENS AND REMOVE FROM AREA - OVENS BROKEN DOWN INTO SMALLER SECTIONS FOR TRANSPORT | | 18 | $28,415.62 | $28,415.62 | $28,415.62 |

EXHIBIT A

**Trico Products Corporation**
**Master Lease No. OFI1045321**
**Lease Schedule No. 028**

$3,997,807.01 $3,997,807.01

| ADDRESS | CITY | ST | ZIP | VENDOR | INVOICE NO. | INVOICE DATE | QTY | DESCRIPTION | IDENTIFICATION # | PC NO. | PER UNIT | UNIT TOTAL | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | RR MULTISERVICES LLC | 1048 | 12/13/2023 | 1 | UNLOADING OF MXI MIXER FROM CONTAINERS AND ASSEMBLE UNIT IN PRODUCTION AREA. THE MIXER WILL BE UNLOADED FROM FOUR CONTAINERS AND MOVED TO. STAGING AREA FOR ASSEMBLY. THE UNLOADING AND ASSEMBLE TO INCLUDE ALL LABOR AND LIFTING EQUIPMENT REQUIRED FOR COMPLETE RIGGING AND SETUP. NOT INCLUDED IN THE PRICE ARE POWER SUPPLY. COMPRESSED AIR AND EXHAUST DUCTS. THE PRICE INCLUDES ALL LIFTING EQUIPMENT AND REQUIRED TOOLS FOR THE COMPLETE ASSEMBLY OF THE MXI-80L MIXER. *SCOPE OF WORK* UNLOAD FOUR CONTAINERS OF MXI MIXER COMPONENTS. SETUP UNIT IN STAGING AREA AND ASSEMBLE. • UNLOAD FOUR CONTAINERS WITH MXI MIXER PARTS. • CONTAINERS UNLOADED ON DOCK WITH CRANE, FORKLIFT AND ROLLERS. • RIGG COMPONENTS TO STAGING AREA. • ASSEMBLE COMPONENTS AS PER PRINTS AND ANCHOR. • REMOVE ALL PACKAGING MATERIALS. ESTIMATED TIME FOR COMPLETION IS TWO WEEKS WITH FULL ACCESS TO THE AREA. | | 19 | $61,200.00 | $61,200.00 | $61,200.00 |
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | RR MULTISERVICES LLC | 1046 | 12/8/2023 | 1 | UNLOADING OF UMD 14532 COMPONENTS FROM TWO TRAILERS AND SETUP IN STAGING AREA. THE COMPONENTS UNLOADED WITH CRANE AND FORKLIFT. ALL UNITS ARE SET UP ON THE PRODUCTION FLOOR AS PER CUSTOMER LAYOUT. THE UNLOADING AND ASSEMBLE TO INCLUDE ALL LABOR AND LIFTING EQUIPMENT REQUIRED FOR COMPLETE RIGGING AND SETUP. NOT INCLUDED IN THE PRICE ARE POWER SUPPLY, COMPRESSED AIR AND EXHAUST DUCTS. THE PRICE INCLUDES ALL LIFTING EQUIPMENT AND REQUIRES TOOLS FOR THE COMPLETE ASSEMBLY OF UMD 14532 LINE. *SCOPE OF WORK* UNLOAD TWO TRAILERS WITH UMD COMPONENTS. SETUP UNIT IN STAGING AREA AND ASSEMBLE. • UNLOAD TWO TRAILERS WITH UMD 14532 PARTS. • UNLOADED ON DOCK WITH CRANE, FORKLIFT AND ROLLERS. • RIGG COMPONENTS TO STAGING AREA. • ASSEMBLE COMPONENTS AS PER PRINTS AND ANCHOR. • REMOVE ALL PACKAGING MATERIALS. | | 19 | $58,200.00 | $58,200.00 | $58,200.00 |
| Champion Laboratories, Inc. located at 200 S. 4th Street | Albion | IL | 62806 | INFINITY MOLDING & ASSEMBLY, INC. | TO 1855<br>TO 1903 | 6/10/2022 | 1 | INJECTION MOLD TOOL 98-47596 FRAME | | 20.1<br>20.2 | $93,200.00 | $93,200.00 | $93,200.00 |
| Champion Laboratories, Inc. located at 200 S. 4th Street | Albion | IL | 62806 | INFINITY MOLDING & ASSEMBLY, INC. | TO 1931 | 12/13/2023 | 1 | INJECTION MOLD TOOL 98-47596 FRAME | | 20.3 | $14,300.00 | $14,300.00 | $14,300.00 |
| Champion Laboratories, Inc. located at 200 S. 4th Street | Albion | IL | 62806 | INFINITY MOLDING & ASSEMBLY, INC. | TO 1911 | 8/29/2023 | 1 | FRAME LAF6271A - 98-47596 | | 20.4 | $1,203.40 | $1,203.40 | $1,203.40 |
| Strongarm, LLC located at 3108 HWY 76 East | Marion | SC | 29571 | WEISS NORTH AMERICA, INC. | 14337<br>14338 | 12/19/2023<br>2/7/2024 | 1 | ROTARY INDEXING TABLE TC 320T | | 21.1<br>21.2 | $9,390.00 | $9,390.00 | |
| | | | | | | | 1 | VARIABLE FREQUENCY DRIVE: CONFIGURED PARAMETERS ROCKWELL | | 21.1<br>21.2 | $940.00 | $940.00 | |
| | | | | | | | 1 | CHASSIS WITH WELDED STYLE BASE FRAME, ALUMINUM BASE PLATE, ALUMINUM DIAL PLATE, MECHANICAL ANVIL BACKUP ASSEMBLY, ALUMINUM SECTIONAL PLATE(S), EXTENSION ARM(S), AND ALUMINUM TIE PLATE | | 21.1<br>21.2 | $33,030.00 | $33,030.00 | $43,360.00 |
| Strongarm, LLC located at 3108 HWY 76 East | Marion | SC | 29571 | MOTION INDUSTRIES, INC. | SC01 OCN 364022 / SC0 | 12/01/2023 / 1/29/2024 | 12 | 16-C TOP LOCK PNEUMATIC LEXAIR 65206 | | 22 | $1,000.00 | $12,000.00 | |
| | | | | | | | 12 | LEXAIR 16C COLLETS 15MM | | 22 | $160.00 | $1,920.00 | |
| | | | | | | | 12 | LEXAIR 16C COLLETS 18MM | | 22 | $160.00 | $1,920.00 | |
| | | | | | | | 12 | LEXAIR 16C COLLETS 19MM | | 22 | $160.00 | $1,920.00 | |
| | | | | | | | 12 | LEXAIR 16C COLLETS 22MM | | 22 | $160.00 | $1,920.00 | |
| | | | | | | | 12 | LEXAIR 16C COLLETS 28MM | | 22 | $160.00 | $1,920.00 | |
| | | | | | | | 1 | FREIGHT | | 22 | $291.06 | $291.06 | $21,891.06 |

EXHIBIT A

**Trico Products Corporation**
**Master Lease No. OFI1045321**
**Lease Schedule No. 028**

$3,997,807.01 $3,997,807.01

| ADDRESS | CITY | ST | ZIP | VENDOR | INVOICE NO. | INVOICE DATE | QTY | DESCRIPTION | IDENTIFICATION # | PC NO. | PER UNIT | UNIT TOTAL | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | RR MULTISERVICES LLC | 1060 | 1/12/2024 | 1 | LABOR AND LIFTING EQUIPMENT FOR SETTING UP 11 FORMING MACHINE. THE MACHINES TO INCLUDE PARTS WASHING STATIONS AND ROLLER DIE. THE EQUIPMENT WILL BE ROLLED IN PLACE WITH ROLLERS AND LIFTING EQUIPMENT. THE PRESS WILL BE ROLLED FROM EXISTING LOCATION AND SETUP AS PER SUPPLED PRINT. THE PRESS WILL BE PRICE INCLUDES COMPLETE RIGGING OF MACHINES AND SETUP AS PER PRINT. SCOPE OF WORK. RIGGING AND SETUP 11 MACHINES SECONDARY EQUIPMENT. THE PRESS WILL BE ROLLED FROM THE LOCATION AND SET IN NEW PLACE AS PER SUPPLIED PRINTS. -SET 11 FORMING MACHINES AS PER SUPPLIED PRINTS -SET FORMING MACHINES ON OIL TRAYS -ALL MACHINES SETUP MAS PER CUSTOMER SUPPLIED PRINT -SETUP SECONDARY PROCESS EQUIPMENT AS PER PRINT -INCLUDES WASH STATIONS AND ROLLER DIES -PRESS SET IN NEW LOCATION AS PER | | 23 | $18,500.00 | $18,500.00 | $18,500.00 |
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | GRAND RIVER MAINTENANCE AND SERVICES, LLC | 1050 | 1/17/2024 | 1 | FABRICATE - SUPPLY 5 GALVANIZED. OIL CONTAINMENT TRAYS FOR MACHINES IN OPERATING AREAS 4 GALVANIZED TRAYS 3W X 10L X 3H1 GLVANIZED TRAYS 4W X 10L X 3H | | 24 | $5,850.00 | $5,850.00 | $5,850.00 |
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | RR MULTISERVICES LLC | 1061 | 2/11/2024 | 1 | SELECTIVE PALLET RACK SYSTEM 14 SECTIONS FLOOR + 3 LEVELS<br><br>15 NEW UPRIGHT 16'X42"X3" Cap # 23,000 lbs @ 48" WELDED 84 NEW CROSSBEAM 96"X4" CAP #5,370 LBS PER PR. 84 NEW WIREDECK 42"X46" CAP # 2,500 LBS 1 INSTALLATION OF 14 SECTIONS IN BROWNSVILLE 30 ANCHOR 1/2" X 3" 3/4 1 DRILL BIT 6" | | 25 | $19,781.31 | $19,781.31 | $19,781.31 |
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | RR MULTISERVICES LLC | 1044 | 12/1/2023 | 1 | RIGGING AND INSTALLATION | | 26 | $57,100.00 | $57,100.00 | $57,100.00 |
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | RR MULTISERVICES LLC | 1065 | 2/22/2024 | 1 | 2 6' HIGH MEZZANINES 1/4" NON-SLIP PLATE 2"X 2" X 3/16 ANGLE FOR BASE 4" X 4" C11 SQUARE TUBE INCLUDES RAILING THE MEZZANINE IS 14' FEET WIDE. WORK, PAINTING AND MATERIALS ARE INCLUDED. | | 27 | $48,800.00 | $48,800.00 | $48,800.00 |
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | BALL BROS. MACHINERY LTD. | 24-001 | 1/26/2024 | 1 | 4.5" DAVIS STANDARD COLD FEED RUBBER EXTRUDER MODEL 45IN45H 20:1 L/D 4.5" SCREW VENTED/PLUGGED BARREL ELECTRICALLY HEATED AND LIQUID COOLED POWERED ROLLER FEED BELT DRIVEN BY 150 HP DC MOTOR AND SCR CONTROL FREE-STANDING TEMPERATURE CONTROL PANEL DAVIS CLAM HEAD DAVIS GEAR BOX WITH 17.36/1 GEAR RATIO RATED AT 304 HP | | 28 | $75,000.00 | $75,000.00 | $75,000.00 |
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | BOWMAN ANALYTICS, INC. | INV/2024/35829<br>INV/2024/35967 | 1/29/2024<br>4/5/2024 | 1 | X-RAY SYSTEM - PROGXY, W TUBE. VAR30X. SDD KDPP3. 24MIL MC | | 29.1<br>29.2 | $31,526.88 | $31,526.88 | |
| | | | | | | | 1 | COMPUTER DESKTOP | | 29.1<br>29.2 | $2,445.00 | $2,445.00 | |
| | | | | | | | 1 | COMPUTER MONITOR | | 29.1<br>29.2 | $345.00 | $345.00 | |
| | | | | | | | 1 | NI FOIL 200UIN (5UM) | | 29.1<br>29.2 | $368.00 | $368.00 | |
| | | | | | | | 1 | NI FOIL 400UIN (10UM) | | 29.1<br>29.2 | $315.00 | $315.00 | $34,999.88 |
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | RR MULTISERVICES LLC | 1066<br>1100 | 1/23/2024<br>3/7/2024 | 1 | RIGGING AND RELOCATION OF WIPER SLEAVE LINE WHICH INCLUDES COMPLETE TAKEDOWN AND SET UP, LABOR AND LIFTING EQUIPMENT REQUIRED FOR COMPLETE TAKE DOWN OF THE LINE AND TRANSPORT | | 30.1<br>30.2 | $195,500.00 | $195,500.00 | $195,500.00 |
| Champion Laboratories, Inc. located at 200 S. 4th Street | Albion | IL | 62806 | PRO MACH INC. dba SERPA PACKAGING SOLUTIONS LLC | 49175 | 12/29/2023 | 2 | CHAIN ASSEMBLY BACKUP 9" PITCH LHL | S-01722 | 31 | $18,238.11 | $36,476.22 | |
| | | | | | | | 2 | CHAIN ASSEMBLY PUSHER, 9" PITCH LHL | | 31 | $16,433.97 | $32,867.94 | |
| | | | | | | | 2 | CHAIN ASSEMBLY PUSHER, 9" PITCH LHL | | 31 | $16,433.97 | $32,867.94 | |
| | | | | | | | 2 | 1722 CHAIN TRACK KIT (INCLUDES SET OF 8 TRACKS) | | 31 | $9,282.79 | $18,565.58 | |
| | | | | | | | 1 | SHIPPING AND HANDLING | | 31 | $886.97 | $886.97 | $121,664.65 |
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | KUNSHAN SUNTECH TOOLING CO., LTD | 24030101<br>24111101 | 3/1/2024<br>11/11/2024 | 1 | ASSEM E-FLEX TOOL 26 | | 32.1<br>32.2 | $22,000.00 | $22,000.00 | |

EXHIBIT A

**Trico Products Corporation**
**Master Lease No. OFI1045321**
**Lease Schedule No. 028**

$3,997,807.01 $3,997,807.01

| ADDRESS | CITY | ST | ZIP | VENDOR | INVOICE NO. | INVOICE DATE | QTY | DESCRIPTION | IDENTIFICATION # | PC NO. | PER UNIT | UNIT TOTAL | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | KUNSHAN SUNTECH TOOLING CO., LTD | 24030101<br>24111101 | 3/1/2024<br>11/11/2024 | 1 | ASSEM E-FLEX TOOL 26 | | 32.1<br>32.2 | $22,000.00 | $22,000.00 | |
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | KUNSHAN SUNTECH TOOLING CO., LTD | 24030101<br>24111101 | 3/1/2024<br>11/11/2024 | 1 | MATERIAL FOR 2 SETS DIE TRYOUT, AND 300PCS SAMPLES EACH DIE | | 32.1<br>32.2 | $2,000.00 | $2,000.00 | $46,000.00 |
| Brake Parts Inc LLC located at: 1100 & 1380 Corporate Drive | McHenry | IL | 60050 | A.J.L. ELECTRIC, INC. | 16225 | 4/8/2024 | 1 | PARCEL LINE ELECTRICAL FEED REQUIREMENTS I-1203-24 TOTAL LABOR AND MATERIALS | | 33 | $33,962.00 | $33,962.00 | $33,962.00 |
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | BINATIONAL INDUSTRIAL SERVICES LLC | BIS-1006<br>BIS-1011 | 4/10/2024<br>4/23/2024 | 1 | MATERIALS, TOOLS, ACCESSORIES & EQ TO SUPPLY AIR HANDLING UNIT #2 | | 34.1<br>34.2 | $47,864.00 | $47,864.00 | |
| | | | | | | | 1 | SERVICES AND LABOR TO INSTALL AIR HANDLING UNIT #2 | | 34.1<br>34.2 | $11,966.00 | $11,966.00 | $59,830.00 |
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | ROLER MACHINE SHOP INCORPORATED | 8098 | 4/24/2024 | 6 | FABRICATE STUD BENCH WORK STATION INCLUDING BUT NOT LIMITED TO THE FOLLOWING: SQUARE TUBING TABLE WITH PLYWOOD, LAMP ON/OFF SWITCH, CONTACTORS, HEAVY DUTY BENCH VISE WITH SWIVEL BASE, FRONT WALL WITH PEGBOARD STEEL, AIR HOSES AND CONNECTORS | | 35 | $2,400.00 | $14,400.00 | $14,400.00 |
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | ROLER MACHINE SHOP INCORPORATED | 8099<br>8433 | 4/24/2024<br>11/19/2024 | 1 | FABRICATE BVT05T001 DIE SET | | 36.1<br>36.2 | $55,325.00 | $55,325.00 | $55,325.00 |

**each line item as may be more fully described on the referenced invoice(s) and related underlying quotes, purchase orders, etc., and all such Property to include any and all attachments, replacements, parts, substitution, additions, repairs, accessions and accessories incorporated therein and/or affixed thereto.**