# EXHIBIT D

onset financial

# ACCEPTANCE AND DELIVERY AND APPROVAL FOR PROGRESS PAYMENT CERTIFICATE NO. 7.2

("Progress Payment Certificate" or "Certificate")

This Progress Payment Certificate is made in connection with that Master Progress Payment Agreement dated May 9, 2018 (the "MPPA"), and Lease Schedule No. 028 dated August 1, 2023 (the "Schedule"), each by and between **TRICO PRODUCTS CORPORATION** (the "Lessee") and **ONSET FINANCIAL, INC.** (the "Lessor") and each of which incorporates by reference the terms and conditions of Master Lease Agreement No. OFI1045321 dated May 9, 2018, by and between Lessee and Lessor (the "Master Lease"). The MPPA, Schedule and Master Lease are referred to herein collectively as the "Lease". All capitalized terms used herein but not defined herein shall have the same meanings ascribed to them in the Lease.

Lessee hereby directs Lessor to pay the Vendor identified below either a deposit, partial, final or full payment as designated below, on certain items of Property identified on the Vendor invoice(s) attached hereto as "Schedule A" and incorporated herewith. The Property identified in the Schedule A is part of the total Property to be leased to Lessee under the Schedule. Lessee acknowledges that this Progress Payment Certificate is not an Acceptance and Delivery Certificate. The total Property leased under the Schedule shall be the aggregate of all Property identified in each Progress Payment Certificate made in connection with the Schedule. Lessee shall execute and deliver to Lessor an Acceptance and Delivery Certificate, which will include an Exhibit A identifying all Property under the Schedule, after all items of Property covered under the Schedule have been delivered, received, properly installed, inspected and tested.

Regardless of whether any item of Property identified in the Schedule A has yet been delivered, installed or provided, Lessee hereby unconditionally accepts such items of Property as of the date of this Progress Payment Certificate for all purposes under the Lease.

As an inducement to Lessor to purchase the items of Property identified in the Schedule A, Lessee shall indemnify Lessor and Lessor's Assignee from and against any and all loss or damage that might result from non-delivery or non-installation of, or damage to any item of Property.

| "Vendor" | Invoice No. | Invoice Amount | Payment Type | Current Payment Percent | Percent Invoiced To Date |
|---|---|---|---|---|---|
| | | | | | |
| NORDSON CORPORATION<br>P.O. Box 802586<br>Chicago, IL 60680-2586 | 9161851948 | $169,069.72 | Final | 40% | 100% |
| | **Total Amount:** | **$169,069.72** | | | |

| Property Location: | Framauto Holdings, LLC located at 851 Jackson Street, Greenville, OH 45331 |
|---|---|

Lessee hereby assumes and shall bear all risk of loss for theft, damage, non-delivery or the destruction to any item of Property, howsoever caused. No such loss shall impair any obligation of Lessee under the Lease.

Lessee may transmit this Progress Payment Certificate electronically or by facsimile. Lessee agrees that such signature shall constitute an original signature and shall be binding upon Lessee.

[Signatures on following page]

[Progress Payment Certificate No. 7.2 Signature Page to Lease Schedule No. 028]

Dated: 05/08/2024

**TRICO PRODUCTS CORPORATION**

BY: [signature]
Edward James

TITLE: Executive Vice President

# SCHEDULE A



Nordson

## Invoice

**Number: 9161851948**
**Date: 02/28/2024**

**Direct inquiries to:**
Nordson Corporation
28601 Clemens Road
Westlake, OH 44145
PH: 877-218-1144 / 440-985-4671
EMAIL: ARNA@Nordson.com

**Bill To: 1194495**

Fram Group
PO Box 94440
LUBBOCK TX 79493-4440
USA

**Ship To: 1161931**

Fram Group
851 Jackson St
GREENVILLE OH 45331-1277
USA

Purchase of Products is based solely upon Nordson's terms and conditions: http://terms.nordson.com/ADHCoS

| Purchase Order Number | Purchase Order Date | Tax ID Number | Vendor No. | Sales Org. |
|---|---|---|---|---|
| 4200233500 | | | | 9900 |

| Payer no. | Nordson Order No. | Terms of delivery | Delivery No. / Delivery Date |
|---|---|---|---|
| 1194495 | 115820339 | EXW origin | 814809172 / 02/28/2024 |

**Sold To: 1161931**
Fram Group, 851 Jackson St, GREENVILLE OH 45331-1277, USA, ,
Terms of payment: 60% upon PO, 40% Net30 after ship
Carrier: Fed Ex Freight
**Tracking Number: 9293650800**
Shipping Address:
Nordson Corporation, 1159 Empire Expressway, Swainsboro, GA, 30401
Overall Payment Plan for PO 4200233500
404,681.86
60% due at PO receipt 6/29/2023 $242,809.12
40% + tax + freight due after ship
Actual invoice will include 100% tax - if you are exempt you must send a tax-exempt form prior to shipment

| Item | Material | Quantity | Price / USD | Price unit | Value / USD |
|---|---|---|---|---|---|
| 10 | 6096909 | 5.00 PC | 77,234.05 | 1 PC | 386,170.26 |
| | EXTRUDER EX-007-NXX1X2XXGXX1LXXX | | | | |
| | Harmonized Code (HTS): | | 8477200035 | | |
| | Country of origin: | | DE | | |
| | ECCN: | | EAR99 | | |
| 100 | KBCGS | 5.00 PC | 1,913.16 | 1 PC | 9,565.80 |
| | ID-Number: 8505509 = BCS-SURA-02001ACATBA4A1AF01 | | | | |
| | BLUE SERIES GUN SINGLE MODULE | | | | |
| | Serial No.: ( SA23J54163 - SA23J54167 ) | | | | |
| | Harmonized Code (HTS): | | 8424909080 | | |
| | Country of origin: | | US | | |
| | ECCN: | | EAR99 | | |
| 105 | 972646 | 5.00 PC | 34.31 | 1 PC | 171.55 |

**Remit To:**

**Mail Payment:**
Nordson Corporation
PO Box 802586
Chicago, IL 60680-2586

**ACH Payment Instructions: (Preferred Format is CTX)**
Receiving Bank: PNC Bank
PNC Bank ABA: 043000096
Beneficiary: Nordson Corporation
Beneficiary Acct Num: 1019289275
E-mail remittance details to: creditadmin@nordson.com

SCHEDULE A



Nordson

**Invoice**
**Number:** 9161851948
**Date:** 02/28/2024

| Item | Material | Quantity | Price / USD | Price unit | Value / USD |
|---|---|---|---|---|---|
| | CONN ASSY,90,9/16-18X9/16-18 | | | | |
| | Harmonized Code (HTS): | | 7412200035 | | |
| | Country of origin: | | CN | | |
| | ECCN: | | EAR99 | | |
| 110 | 274179 | 5.00 PC | 25.50 | 1 PC | 127.50 |
| | SERVICE KIT,45DEG HOSE CONN | | | | |
| | Harmonized Code (HTS): | | 7412200035 | | |
| | Country of origin: | | US | | |
| | ECCN: | | EAR99 | | |
| 115 | 719079 | 10.00 PC | 215.60 | 1 PC | 2,156.00 |
| | O RING,KALREZ,3/8 TUBE | | | | |
| | Harmonized Code (HTS): | | 3926904510 | | |
| | Country of origin: | | US | | |
| | ECCN: | | EAR99 | | |
| 120 | 1056296 | 5.00 PC | 131.12 | 1 PC | 655.60 |
| | KIT,INSULAT.FILTER,IN-LINE,SATURN, 2 pcs | | | | |
| | Harmonized Code (HTS): | | 7019801090 | | |
| | Country of origin: | | US | | |
| | ECCN: | | EAR99 | | |
| 125 | 1066184 | 5.00 PC | 170.72 | 1 PC | 853.60 |
| | JACKET,GUN,BC,SINGLE,BACK,AOAC | | | | |
| | Harmonized Code (HTS): | | 8424909080 | | |
| | Country of origin: | | US | | |
| | ECCN: | | EAR99 | | |
| 130 | 1059671 | 5.00 PC | 100.32 | 1 PC | 501.60 |
| | KIT, MULTI-TOOL, CAP/NOZ/FILTER | | | | |
| | Harmonized Code (HTS): | | 8204110060 | | |
| | Country of origin: | | US | | |
| | ECCN: | | EAR99 | | |
| 200 | 107287 | 5.00 PC | 746.24 | 1 PC | 3,731.20 |
| | HOSE,BLUE SERIES,5/16X 8 FT,240V,AUTO HF | | | | |
| | Serial No.: ( NC23L40907, NC23L40912, NC23L40928, NC23L40933, NC23L40934 ) | | | | |
| | Harmonized Code (HTS): | | 8424909080 | | |
| | Country of origin: | | CN | | |
| | ECCN: | | EAR99 | | |
| 300 | 271486 | 5.00 PC | 46.91 | 1 PC | 234.55 |
| | HOLDER, 5/16 HOSE | | | | |
| | Harmonized Code (HTS): | | 7326908630 | | |
| | Country of origin: | | US | | |

SCHEDULE A



Nordson

# Invoice

**Number:** 9161851948
**Date:** 02/28/2024

| Item | Material | Quantity | | Price / USD | Price unit | | Value / USD |
|---|---|---|---|---|---|---|---|
| | ECCN: | | | EAR99 | | | |
| 305 | 1124221 | 5.00 | PC | 20.12 | 1 | PC | 100.60 |
| | KIT,FRAME MOUNT,REDIFLEX II SYSTEM,2 PC | | | | | | |
| | Harmonized Code (HTS): | | | 8424909080 | | | |
| | Country of origin: | | | CN | | | |
| | ECCN: | | | EAR99 | | | |
| 310 | 301841 | 25.00 | PC | 1.50 | 1 | PC | 37.50 |
| | STRAP,VELCRO,W/BUCKLE,25X3CM | | | | | | |
| | Harmonized Code (HTS): | | | 3926909985 | | | |
| | Country of origin: | | | CN | | | |
| | ECCN: | | | EAR99 | | | |
| 315 | 301866 | 25.00 | PC | 1.94 | 1 | PC | 48.50 |
| | STRAP,VELCRO,W/BUCKLE,41X3CM | | | | | | |
| | Harmonized Code (HTS): | | | 3926909985 | | | |
| | Country of origin: | | | US | | | |
| | ECCN: | | | EAR99 | | | |
| 320 | 336081 | 5.00 | PC | 65.52 | 1 | PC | 327.60 |
| | KIT,INSULATION | | | | | | |
| | Harmonized Code (HTS): | | | 8424909080 | | | |
| | Country of origin: | | | US | | | |
| | ECCN: | | | EAR99 | | | |

| | | |
|---|---|---|
| **Items total** | | **404,681.86** |
| **Shipping** | | **7,196.98** |
| **Prepayment excl.tax** | | **242,809.12-** |
| **Amount Due** | **USD** | **169,069.72** |

The commodities listed above (including software and related technology) were sold and delivered in accordance with applicable export controls and economic sanctions regulations, including those of the United States (collectively, "Export Control Regulations"). Export, re-export, transshipment or diversion contrary to these Export Control Regulations is strictly prohibited.

For your convenience, visit our ecommerce web site: www.enordson.com (place an order, check order status, plus obtain POD information) -- available 24 hours a day, 7 days a week.

**Remit To:**

**Mail Payment:**
Nordson Corporation
PO Box 802586
Chicago, IL 60680-2586

**ACH Payment Instructions: (Preferred Format is CTX)**
Receiving Bank: PNC Bank
PNC Bank ABA: 043000096
Beneficiary: Nordson Corporation
Beneficiary Acct Num: 1019289275
E-mail remittance details to: creditadmin@nordson.com

onsetfinancial

# ACCEPTANCE AND DELIVERY AND APPROVAL FOR PROGRESS PAYMENT CERTIFICATE NO. 8.3

("Progress Payment Certificate" or "Certificate")

This Progress Payment Certificate is made in connection with that Master Progress Payment Agreement dated May 9, 2018 (the "MPPA"), and Lease Schedule No. 028 dated August 1, 2023 (the "Schedule"), each by and between **TRICO PRODUCTS CORPORATION** (the "Lessee") and **ONSET FINANCIAL, INC.** (the "Lessor") and each of which incorporates by reference the terms and conditions of Master Lease Agreement No. OFI1045321 dated May 9, 2018, by and between Lessee and Lessor (the "Master Lease"). The MPPA, Schedule and Master Lease are referred to herein collectively as the "Lease". All capitalized terms used herein but not defined herein shall have the same meanings ascribed to them in the Lease.

Lessee hereby directs Lessor to pay the Vendor identified below either a deposit, partial, final or full payment as designated below, on certain items of Property identified on the Vendor invoice(s) attached hereto as "Schedule A" and incorporated herewith. The Property identified in the Schedule A is part of the total Property to be leased to Lessee under the Schedule. Lessee acknowledges that this Progress Payment Certificate is not an Acceptance and Delivery Certificate. The total Property leased under the Schedule shall be the aggregate of all Property identified in each Progress Payment Certificate made in connection with the Schedule. Lessee shall execute and deliver to Lessor an Acceptance and Delivery Certificate, which will include an Exhibit A identifying all Property under the Schedule, after all items of Property covered under the Schedule have been delivered, received, properly installed, inspected and tested.

Regardless of whether any item of Property identified in the Schedule A has yet been delivered, installed or provided, Lessee hereby unconditionally accepts such items of Property as of the date of this Progress Payment Certificate for all purposes under the Lease.

As an inducement to Lessor to purchase the items of Property identified in the Schedule A, Lessee shall indemnify Lessor and Lessor's Assignee from and against any and all loss or damage that might result from non-delivery or non-installation of, or damage to any item of Property.

| "Vendor" | Invoice No. | Invoice Amount | Payment Type | Current Payment Percent | Percent Invoiced To Date |
|---|---|---|---|---|---|
| | | | | | |
| MORRISON TIMING SCREW COMPANY dba MORRISON CONTAINER HANDLING SOLUTIONS<br>335 West 194th Street<br>Glenwood, IL 60425 | 105345 | $13,742.50 | Final | 20% | 100% |
| | **Total Amount:** | **$13,742.50** | | | |

| Property Location: | Champion Laboratories, Inc. located at 200 S. 4th Street, Albion, IL 62806 |
|---|---|

Lessee hereby assumes and shall bear all risk of loss for theft, damage, non-delivery or the destruction to any item of Property, howsoever caused. No such loss shall impair any obligation of Lessee under the Lease.

Lessee may transmit this Progress Payment Certificate electronically or by facsimile. Lessee agrees that such signature shall constitute an original signature and shall be binding upon Lessee.

[Signatures on following page]

[Progress Payment Certificate No. 8.3 Signature Page to Lease Schedule No. 028]

Dated: August 21, 2024

**TRICO PRODUCTS CORPORATION**

BY: Edward James

TITLE: Executive Vice President

SCHEDULE A

MORRISON
CONTAINER HANDLING SOLUTIONS
www.morrison-chs.com

335 West 194th Street | Glenwood, IL 60425 | P: 708.756.6660 | F: 708.756.6620

## *Invoice*

**Sold To:** Champion Laboratories / Fram Filtration
Accounts Payable
P. O. Box 147
Albion, IL 62806
United States

**Ship To:** Champion Laboratories / Fram Filtration
200 S. 4th Street
Albion, IL 62806
United States

| | | | |
|---|---|---|---|
| **Invoice Number:** | 105345 | **Customer:** | CHAMPION LAB |
| **Invoice Date:** | 07/31/2024 | | |
| **Salesman:** | Mike Sparger | **PO Number:** | 660028 OP |
| | | **Terms:** | 40%with PO net 0/40% prior to ship net 0/20 %net 30 |
| **Net Due Date:** | 08/30/2024 | | |

| Item | Quantity | Description | Revision | Unit Price | Amount |
|---|---|---|---|---|---|
| 1 | 1.0000 | 105345 - Servo Metering Drive System<br>Order Number: 105345<br>Packing List Number: 135395 | DEFAULT | $18,688.00 / EA | $18,688.00 |
| 2 | 1.0000 | CDA CONTROLS - AB NEMA 12 Servo Controls (EB-1410) (customer requested 4 available I/O points for line communication)<br>Order Number: 105345<br>Packing List Number: 135395 | 0 | $21,930.00 / EA | $21,930.00 |
| 3 | 1.0000 | M-105345-1 - TIMING SCREW, WHITE UHMW - LENGTH: 42 -OD: 4 -RD: 2.25 -D ISCH PITCH: 5 FOR 6 TURNS - INFEED PITCH: 3.22 FOR 2 TURNS - ROTATION: Right HAND -PART#: 11-1-105345-001 -C ONTAINER: 3.22 DIA<br>Order Number: 105345<br>Packing List Number: 135395 | DEFAULT | $1,272.00 / EA | $1,272.00 |
| 6 | 1.0000 | PNEUMATIC REJECT STATION -<br>Order Number: 105345<br>Packing List Number: 135395 | DEFAULT | $5,000.00 / EA | $5,000.00 |
| 7 | 1.0000 | SYSTEM GUARDING -<br>Order Number: 105345<br>Packing List Number: 135395 | DEFAULT | $13,000.00 / EA | $13,000.00 |

SCHEDULE A



| | | | | | |
|---|---|---|---|---|---|
| 8 | 1.0000 | MOUNT/STAND FOR CAMERAS - (weldment with machined plates for mounting camera/components, designed to be free standing/isolated to reduce risk of vibration, large surface area base plates with holes for securing to floor)<br>Order Number: 105345<br>Packing List Number: 135395 | DEFAULT | $2,400.00 / EA | $2,400.00 |
| 7 | 1.0000 | PALLET CHARGE -<br>Packing List Number: 135395 | DEFAULT | $324.50 / EA | $324.50 |
| 11 | 1.0000 | 105345- ADV 1 PAYMENT - Payment Recieved 09.21.23 $24,916<br>Order Number: 105345<br>Packing List Number: 105345-ADV 1 PMT | DEFAULT | -$24,916.00 / EA | -$24,916.00 |
| 13 | 1.0000 | 105345- ADV 2 PAYMENT - Payment received 12.26.23. $24,916<br>Order Number: 105345<br>Packing List Number: 105345-ADV 2 PMT | DEFAULT | -$24,916.00 / EA | -$24,916.00 |

| | |
|---|---|
| **Sub-total:** | **$12,782.50** |
| **Shipped Via ECHO GLOBAL LOGISTICS:** | **$960.00** |
| **Sales Tax:** | **$0.00** |
| ***Invoice Total:*** | ***$13,742.50*** |
| ***Paid To Date:*** | ***$0.00*** |
| ***Balance Due:*** | ***$13,742.50*** |

# SCHEDULE A



The terms and conditions listed in the following link will apply to all orders:
https://morrison-chs.com/terms
Specific Project Terms in addition to terms and conditions listed in link above

PRICE/PAYMENT: Prices are F.O.B. shipping point (Glenwood, IL), freight collect and do not include sales and use taxes.

CRATING/SHIPPING COSTS: Customer is responsible for all crating and shipping costs. Costs for required crating will be calculated using a time and material basis and will be invoiced as separate line item.

Payment Terms PRIOR to CREDIT APPROVAL

*Please NOTE: until credit application is received the terms below will be applied at time order is placed:

Purchase orders up to $10,000 U.S.: 100% due with order Net 0 (engineering and project timeline will not start until PO and initial payment are received)

Purchase orders above $10,000 U.S.: 50% due with order Net 0 (engineering and project timeline will not start until PO and initial payment are received), 50% due prior to shipment.

Payment Terms for CREDIT APPROVED buyers

MACHINE TERMS

Purchase Orders $10,000 - 25,000 U.S.: 50% due with order Net 0 (engineering and project timeline will not start until PO and initial payment are received), 50% due Net 30 days from shipment.

Purchase Orders above $25,000 U.S.: 50% due with order Net 0 (engineering and project timeline will not start until PO and initial payment are received), 40% due at Staging, fifteen (15) working days prior to shipment. If payment is not received prior to ship date, Buyer is responsible for any storage charges associated with order. 10% due Net 30 days from shipment.

CHANGE PARTS/TIMING SCREW TERMS

Purchase Orders $10,000 - $50,000 U.S. : 50% due with order Net 0 (engineering and project timeline will not start until PO and initial payment are received), 50% due Net 30 days from shipment.

Purchase Orders above $50,000 U.S.: 50% due with order Net 0 (engineering and project timeline will not start until PO and initial payment are received), 40% due fifteen (15) working days prior to shipment. If payment is not received prior to ship date, Buyer is responsible for any storage charges associated with order. 10% due Net 30 days from shipment.

CREDIT CARD PAYMENTS: Morrison does accept credit card payments with an added convenience fee

NOTE: When placing order, please provide tax exemption certificate where applicable. You will automatically be taxed unless certificate is provided.

WARRANTY: Timing screw / change part / drive unit warranties are one (1) year for defects of design, and/or workmanship of components in normal use when operated in compliance with recommended operating procedures. Liability is limited to repair or replacement of the defective parts only.
The warranty does not cover normal wear.

DELIVERY: Delivery quoted begins AFTER receipt of order, containers and ALL information. Delivery is based on backlog at the time of quotation. ACTUAL DELIVERY MAY VARY based on backlog when order is placed.
Please ask for delivery confirmation when placing order. Please contact Morrison with tentative purchase order dates and Morrison will advise a more accurate delivery schedule if required. ***PLEASE NOTE: Due to current shortages of many materials and backlogs with vendors some delivery dates may change after purchase order. Morrison always strives for timely deliveries, but currently the industry is experiencing unknown supply chain shortages and delays. Morrison will do everything in our control to keep the project on schedule and will communicate delays with updated timelines when applicable.

INTELLECTUAL PROPERTY RIGHTS: Morrison retains all ownership rights to the Product specifications, drawings and technical data and other intellectual property in the Products, including software, models, designs, drawings, documents, inventions, and know-how, conceived or developed by Morrison in connection with the Products.

SERVICE RATES: Hourly service rates are listed below. There is a one-day minimum charge (8 hours) on all service calls. A service quotation is an estimate based on Morrison's standard service rates. These rates are based on a minimum 8-day advance notice. A 10% administrative fee will be added to all expenses (not service hours). This fee will not be accounted for during the initial estimate quoting process. If a Morrison field service engineer is required to be in town but not on-site during a weekday, customer will be billed at a flat rate of $500 per day. If a Morrison field service engineer is required to be in town but not on-site during a weekend, customer will be billed at a flat rate $750 per day. Travel will be calculated based on departure time from Morrison to customer's location. Meals are billed at $75 per day. All other expenses are

SCHEDULE A



billed at our cost (airfare, car rental, motel, etc...).
Travel: Standard Rate(up to 8 hours) $125 Overtime Rate $185 Saturday Rate $190 Sunday/Holiday Rate $237
Mechanical Service: Standard Rate(up to 8 hours) $160 Overtime Rate $240 Saturday Rate $280 Sunday/Holiday Rate $350
Electrical/Controls Service: Standard Rate(up to 8 hours) $200 Overtime Rate $300
Saturday Rate $360 Sunday/Holiday Rate $450

EMERGENCY SERVICE RATES: If service is purchased/scheduled less than 7 days' notice, estimated price will increase and will be billed at the hourly emergency service rates listed below. There is a one-day minimum charge (8 hours) on all service calls. Any confirmed and scheduled emergency service rate that is canceled or changed is subject to a minimum one-day (8-hour) billing fee at the quoted emergency rate.
Travel: Standard Rate(up to 8 hours) $165 Overtime Rate $245 Saturday Rate $240 Sunday/Holiday Rate $295
Mechanical Service: Standard Rate(up to 8 hours) $230 Overtime Rate $345 Saturday Rate $350 Sunday/Holiday Rate $435
Electrical/Controls Service: Standard Rate(up to 8 hours) $295 Overtime Rate $440
Saturday Rate $450 Sunday/Holiday Rate $560

INTERNATIONAL SERVICE RATES (Outside of the United States and Canada): Hourly service rates are listed below. There is a one-day minimum charge (8 hours) on all service calls. A service quotation is an estimate based on Morrison's standard service rates. These rates are based on a minimum 8-day advance notice.
Travel: Standard Rate(up to 8 hours) $165 Overtime Rate $245 Saturday Rate $200 Sunday/Holiday Rate $250
Mechanical Service: Standard Rate(up to 8 hours) $195 Overtime Rate $290 Saturday Rate $300 Sunday/Holiday Rate $450
Electrical/Controls Service: Standard Rate(up to 8 hours) $250 Overtime Rate $375
Saturday Rate $360 Sunday/Holiday Rate $475

"Morrison Container Handling Solutions is certified as a women's business enterprise by the Women's Business Enterprise National Council (WBENC)"

onset financial

**ACCEPTANCE AND DELIVERY AND APPROVAL FOR PROGRESS PAYMENT CERTIFICATE NO. 11.3**
("Progress Payment Certificate" or "Certificate")

This Progress Payment Certificate is made in connection with that Master Progress Payment Agreement dated May 9, 2018 (the "MPPA"), and Lease Schedule No. 028 dated August 1, 2023 (the "Schedule"), each by and between **TRICO PRODUCTS CORPORATION** (the "Lessee") and **ONSET FINANCIAL, INC.** (the "Lessor") and each of which incorporates by reference the terms and conditions of Master Lease Agreement No. OFI1045321 dated May 9, 2018, by and between Lessee and Lessor (the "Master Lease"). The MPPA, Schedule and Master Lease are referred to herein collectively as the "Lease". All capitalized terms used herein but not defined herein shall have the same meanings ascribed to them in the Lease.

Lessee hereby directs Lessor to pay the Vendor identified below either a deposit, partial, final or full payment as designated below, on certain items of Property identified on the Vendor invoice(s) attached hereto as "Schedule A" and incorporated herewith. The Property identified in the Schedule A is part of the total Property to be leased to Lessee under the Schedule. Lessee acknowledges that this Progress Payment Certificate is not an Acceptance and Delivery Certificate. The total Property leased under the Schedule shall be the aggregate of all Property identified in each Progress Payment Certificate made in connection with the Schedule. Lessee shall execute and deliver to Lessor an Acceptance and Delivery Certificate, which will include an Exhibit A identifying all Property under the Schedule, after all items of Property covered under the Schedule have been delivered, received, properly installed, inspected and tested.

Regardless of whether any item of Property identified in the Schedule A has yet been delivered, installed or provided, Lessee hereby unconditionally accepts such items of Property as of the date of this Progress Payment Certificate for all purposes under the Lease.

As an inducement to Lessor to purchase the items of Property identified in the Schedule A, Lessee shall indemnify Lessor and Lessor's Assignee from and against any and all loss or damage that might result from non-delivery or non-installation of, or damage to any item of Property.

| "Vendor" | Invoice No. | Invoice Amount | Payment Type | Current Payment Percent | Percent Invoiced To Date |
|---|---|---|---|---|---|
| | | | | | |
| SKYLINE MANUFACTURING CORPORATION<br>3802 Charlotte Avenue<br>Nashville, TN 37209 | 6968 | $61,320.00 | Final | 30% | 100% |
| | **Total Amount:** | **$61,320.00** | | | |

| Property Location: | Champion Laboratories, Inc. located at 200 S. 4th Street, Albion, IL 62806 |
|---|---|

Lessee hereby assumes and shall bear all risk of loss for theft, damage, non-delivery or the destruction to any item of Property, howsoever caused. No such loss shall impair any obligation of Lessee under the Lease.

Lessee may transmit this Progress Payment Certificate electronically or by facsimile. Lessee agrees that such signature shall constitute an original signature and shall be binding upon Lessee.

[Signatures on following page]

[Progress Payment Certificate No. 11.3 Signature Page to Lease Schedule No. 028]

Dated: 05/02/2024

**TRICO PRODUCTS CORPORATION**

BY: [signature]
Edward James

TITLE: Executive Vice President

# SCHEDULE A

**Invoice: 6968**

## Skyline Manufacturing Corporation

**3802 Charlotte Avenue**
**Nashville, TN 37209-3737**

**Phone: (615) 321-3330**
**Fax (615) 321-4669**

**Sold To:** Champion Laboratories
email: ChampLabs@NextProcess.com
PO Box 16622
Lubbock, TX 79490-6622
United States

**Ship To:** Champion Laboratories
200 S 4th Street
Albion, IL 62806
United States

| | | | |
|---|---|---|---|
| **Invoice Number:** | 6968 | **Customer:** | CHAM |
| **Invoice Date:** | 03/28/24 | **Terms:** | NET 60 DAYS |
| | | **Packing List Number:** | 11903 |
| **Order Number:** | 24619 | **PO Number:** | 662048 OP |

| Quantity | Stk Unit | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1 | EA | TWO-OUT BACKPLATE DIE - BUILD (1) TWO-OUT PROG DIE WITH<br>CHANGEOVER TOOLING TO<br>PRODUCE THE BACKPLATES<br><br>30% UPON SHIPMENT (NET 60)<br>ITEM #'S 3, 6, 9, 12, 15, 18, 21, AND 24<br><br>SHIPPING:<br>-(1) TWO-OUT BACKPLATE DIE<br>- CHANGEOVER TOOLING<br>- SAMPLE PARTS & STRIPS<br>- COIL OF MATERIAL<br><br>JOB COMPLETE | $61,320.00 / EA | $61,320.00 |

| | |
|---|---|
| **Sub-total:** | **$61,320.00** |
| **Shipped Via CUST ARRANGED-XPO:** | **$0.00** |
| **Sales Tax:** | **$0.00** |
| ***Invoice Total:*** | ***$61,320.00*** |
| ***Paid To Date:*** | ***$0.00*** |
| ***Balance Due:*** | ***$61,320.00*** |

onset financial

**ACCEPTANCE AND DELIVERY AND APPROVAL FOR PROGRESS PAYMENT CERTIFICATE NO. 11.4**
("Progress Payment Certificate" or "Certificate")

This Progress Payment Certificate is made in connection with that Master Progress Payment Agreement dated May 9, 2018 (the "MPPA"), and Lease Schedule No. 028 dated August 1, 2023 (the "Schedule"), each by and between **TRICO PRODUCTS CORPORATION** (the "Lessee") and **ONSET FINANCIAL, INC.** (the "Lessor") and each of which incorporates by reference the terms and conditions of Master Lease Agreement No. OFI1045321 dated May 9, 2018, by and between Lessee and Lessor (the "Master Lease"). The MPPA, Schedule and Master Lease are referred to herein collectively as the "Lease". All capitalized terms used herein but not defined herein shall have the same meanings ascribed to them in the Lease.

Lessee hereby directs Lessor to pay the Vendor identified below either a deposit, partial, final or full payment as designated below, on certain items of Property identified on the Vendor invoice(s) attached hereto as "Schedule A" and incorporated herewith. The Property identified in the Schedule A is part of the total Property to be leased to Lessee under the Schedule. Lessee acknowledges that this Progress Payment Certificate is not an Acceptance and Delivery Certificate. The total Property leased under the Schedule shall be the aggregate of all Property identified in each Progress Payment Certificate made in connection with the Schedule. Lessee shall execute and deliver to Lessor an Acceptance and Delivery Certificate, which will include an Exhibit A identifying all Property under the Schedule, after all items of Property covered under the Schedule have been delivered, received, properly installed, inspected and tested.

Regardless of whether any item of Property identified in the Schedule A has yet been delivered, installed or provided, Lessee hereby unconditionally accepts such items of Property as of the date of this Progress Payment Certificate for all purposes under the Lease.

As an inducement to Lessor to purchase the items of Property identified in the Schedule A, Lessee shall indemnify Lessor and Lessor's Assignee from and against any and all loss or damage that might result from non-delivery or non-installation of, or damage to any item of Property.

| "Vendor" | Invoice No. | Invoice Amount | Payment Type |
|---|---|---|---|
| | | | |
| SKYLINE MANUFACTURING CORPORATION<br>3802 Charlotte Avenue<br>Nashville, TN 37209 | 7028 | $ 8,675.00 | Full |
| | **Total Amount:** | **$ 8,675.00** | |

| Property Location: | Champion Laboratories, Inc. located at 200 S. 4th Street, Albion, IL 62806 |
|---|---|

Lessee hereby assumes and shall bear all risk of loss for theft, damage, non-delivery or the destruction to any item of Property, howsoever caused. No such loss shall impair any obligation of Lessee under the Lease.

Lessee may transmit this Progress Payment Certificate electronically or by facsimile. Lessee agrees that such signature shall constitute an original signature and shall be binding upon Lessee.

[Signatures on following page]

[Progress Payment Certificate No. 11.4 Signature Page to Lease Schedule No. 028]

Dated: 05/08/2024

**TRICO PRODUCTS CORPORATION**

BY: [signature]
Edward James

TITLE: Executive Vice President

# SCHEDULE A

Invoice: 7028

**Skyline Manufacturing Corporation**

Skyline MANUFACTURING

3802 Charlotte Avenue
Nashville, TN 37209-3737

Phone: (615) 321-3330
Fax (615) 321-4669

**Sold To:** Champion Laboratories
email: ChampLabs@NextProcess.com
PO Box 16622
Lubbock, TX 79490-6622
United States

**Ship To:** Champion Laboratories
200 S 4th Street
Albion, IL 62806
United States

| | | | |
|---|---|---|---|
| **Invoice Number:** | 7028 | **Customer:** | CHAM |
| **Invoice Date:** | 04/23/24 | **Terms:** | NET 60 DAYS |
| | | **Packing List Number:** | 12006 |
| **Order Number:** | 24988 | **PO Number:** | 662048 OP |

| Quantity | Stk Unit | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1 | EA | TWO-OUT BACKPLATE DIE - EXTRUSION DEVELOPMENT | $8,675.00 / EA | $8,675.00 |
| | | JOB COMPLETE | | |

| | |
|---|---|
| **Sub-total:** | **$8,675.00** |
| **Shipped Via N/A:** | **$0.00** |
| **Sales Tax:** | **$0.00** |
| ***Invoice Total:*** | ***$8,675.00*** |
| ***Paid To Date:*** | ***$0.00*** |
| ***Balance Due:*** | ***$8,675.00*** |

onsetfinancial

**ACCEPTANCE AND DELIVERY AND APPROVAL FOR PROGRESS PAYMENT CERTIFICATE NO. 32.2 AND ASSIGNMENT OF INVOICE(S)**
("Progress Payment Certificate" or "Certificate")

This Progress Payment Certificate is made in connection with that Master Progress Payment Agreement dated May 9, 2018 (the "MPPA"), and Lease Schedule No. 028 dated August 1, 2023 (the "Schedule"), each by and between **TRICO PRODUCTS CORPORATION** (the "Lessee") and **ONSET FINANCIAL, INC.** (the "Lessor") and each of which incorporates by reference the terms and conditions of Master Lease Agreement No. OFI1045321 dated May 9, 2018, by and between Lessee and Lessor (the "Master Lease"). The MPPA, Schedule and Master Lease are referred to herein collectively as the "Lease". All capitalized terms used herein but not defined herein shall have the same meanings ascribed to them in the Lease.

Lessee hereby directs Lessor to pay the Vendor identified below either a deposit, partial, final or full payment as designated below, towards certain items of property identified on the Vendor invoice(s) attached hereto as "Schedule A" and incorporated herewith (the "Property"). Lessor shall make the payment to Vendor upon satisfaction of all applicable conditions set forth in the Lease.

| "Vendor" | Invoice No. | Invoice Amount | Payment Type | Current Payment Percent | Percent Invoiced To Date |
|---|---|---|---|---|---|
| KUNSHAN SUNTECH TOOLING CO., LTD<br>Building #2 No. 162. Dong Sheng Road<br>Becheng Town, Kunshan City | 24111101 | $23,000.00 | Final | 50% | 100% |
| | **Total Amount:** | **$23,000.00** | | | |

| Property Location: | 1900 & 1995 Billy Mitchell Blvd., Brownsville, TX 78521 |
|---|---|

The Property identified in Schedule A is part of the total Property to be leased to Lessee under the Schedule. Lessee acknowledges that this Progress Payment Certificate is not an Acceptance and Delivery Certificate. The total Property leased under the Schedule shall be the aggregate of all Property identified in each Progress Payment Certificate made in connection with the Schedule. Lessee shall execute and deliver to Lessor an Acceptance and Delivery Certificate, which will include an Exhibit A identifying all Property under the Schedule, after all items of Property covered under the Schedule have been delivered, received, properly installed, inspected and tested.

As an inducement to Lessor to purchase the items of Property identified in Schedule A, Lessee shall indemnify Lessor and Lessor's Assignee from and against any loss or damage that might result from non-delivery or non-installation of, or damage to any item of Property. Lessee hereby assumes and shall bear all risk of loss for theft, damage, non-delivery or the destruction of any item of Property, howsoever caused. No such loss shall impair any obligation of Lessee under the Lease.

Regardless of whether any item of Property identified in Schedule A has been delivered, installed, or provided, Lessee hereby unconditionally accepts such items of Property as of the date of this Progress Payment Certificate for all purposes under the Lease.

For good and valuable consideration, receipt of which is hereby acknowledged, Lessee hereby assigns all rights and interest in the invoice(s) attached as Schedule A, together with any underlying and/or related purchase order(s) (collectively, the "Invoice(s)"). This assignment is given to assist Lessor in directly acquiring from the Vendor all title (or other rights of ownership, control, and interest) in and to the Property, including, as applicable, those services, contracts or other items described in the Invoice(s), for the purpose

of leasing the Property to Lessee. Notwithstanding the foregoing, this Progress Payment Certificate does not create in any other party any rights or interests and shall not be construed as existing for the benefit of the Vendor or any creditor of Lessee, or as being enforceable by any party not a signatory hereto. There shall be no third-party beneficiaries of the foregoing assignment. Furthermore, except for making payment as directed herein, Lessor shall not assume any other obligation, responsibility, or duty to Vendor or any third party arising under the Invoice(s).

Lessee represents and warrants that the Property described in the Invoice(s) has been selected by Lessee in its sole discretion and that no liens or encumbrances exist now or hereafter in favor of Lessee regardless of whether Lessee is identified as the purchaser on the Invoice(s). Lessee acknowledges and agrees that Lessor will be the title holder and owner of the Property and that all rights, title, and ownership interest in the Property shall pass directly from the Vendor to Lessor and shall vest in Lessor. To the extent Lessee has acquired title, ownership, or control of such Property, then Lessee hereby sells, assigns and transfers the same to Lessor.

This Progress Payment Certificate is executed in the State of Utah and shall be construed in accordance with the laws of the State of Utah.

Lessee may transmit this Progress Payment Certificate electronically or by facsimile. Lessee agrees that such signature shall constitute an original signature and shall be binding upon Lessee.

[Signatures on following page]

[Progress Payment Certificate No. 32.2 Signature Page to Lease Schedule No. 028]

Dated: December 3, 2024

**TRICO PRODUCTS CORPORATION**

BY: Edward James

TITLE: Executive Vice President

SCHEDULE A

## KUNSHAN SUNTECH TOOLING CO.,LTD

### Proforma Invoice

| | | | |
|---|---|---|---|
| TO: | Trico Products | FROM: | KUNSHAN SUNTECH TOOLING CO.,LTD |
| ADDRESS: | 1995 Billy Mitchell Blvd.,<br>Brownsville, Texas 78521 | PREPARED BY: | Kevin Li |
| TEL/FAX: | +1 (956)-544-2722 Ext. 4555 | DATE: | 2024/11/11 |
| ATTN: | Raul Ortiz | PO NO.: | 754533 |
| | | Proforma Invoice No.: | 24111101 |

| Item# | Part Number | Description | 50% Amount (USD) |
|---|---|---|---|
| 1 | Assem e-flex tool 26 | Cutting Tool | 23000 |
| | Assem e-flex tool 26 | Cutting Tool | |

**A) Terms & Conditions:**

1) Die is Ex-works Kunshan China

2) Price is subject to change should there be any additional process changes

3) Packaging is base on Suntech standard unless specify by customer price will be adjusted

4) Validity of this quotation - 30 days prior to confirmation of order

5) Price quoted will be subject to review, if material fluctuates more that of +/-5%

**B) Terms of Payment**

50% upon PO, 50% before shipping

Yours sincerely,

**Kevin Li**

**General Manager**

KUNSHAN SUNTECH TOOLING CO.,LTD

onset financial

**ACCEPTANCE AND DELIVERY AND APPROVAL FOR PROGRESS PAYMENT CERTIFICATE NO. 33**
("Progress Payment Certificate" or "Certificate")

This Progress Payment Certificate is made in connection with that Master Progress Payment Agreement dated May 9, 2018 (the "MPPA"), and Lease Schedule No. 028 dated August 1, 2023 (the "Schedule"), each by and between **TRICO PRODUCTS CORPORATION** (the "Lessee") and **ONSET FINANCIAL, INC.** (the "Lessor") and each of which incorporates by reference the terms and conditions of Master Lease Agreement No. OFI1045321 dated May 9, 2018, by and between Lessee and Lessor (the "Master Lease"). The MPPA, Schedule and Master Lease are referred to herein collectively as the "Lease". All capitalized terms used herein but not defined herein shall have the same meanings ascribed to them in the Lease.

Lessee hereby directs Lessor to pay the Vendor identified below either a deposit, partial, final or full payment as designated below, on certain items of Property identified on the Vendor invoice(s) attached hereto as "Schedule A" and incorporated herewith. The Property identified in the Schedule A is part of the total Property to be leased to Lessee under the Schedule. Lessee acknowledges that this Progress Payment Certificate is not an Acceptance and Delivery Certificate. The total Property leased under the Schedule shall be the aggregate of all Property identified in each Progress Payment Certificate made in connection with the Schedule. Lessee shall execute and deliver to Lessor an Acceptance and Delivery Certificate, which will include an Exhibit A identifying all Property under the Schedule, after all items of Property covered under the Schedule have been delivered, received, properly installed, inspected and tested.

Regardless of whether any item of Property identified in the Schedule A has yet been delivered, installed or provided, Lessee hereby unconditionally accepts such items of Property as of the date of this Progress Payment Certificate for all purposes under the Lease.

As an inducement to Lessor to purchase the items of Property identified in the Schedule A, Lessee shall indemnify Lessor and Lessor's Assignee from and against any and all loss or damage that might result from non-delivery or non-installation of, or damage to any item of Property.

| "Vendor" | Invoice No. | Invoice Amount | Payment Type |
|---|---|---|---|
| | | | |
| A.J.L. ELECTRIC, INC.<br>165 Prairie Lake Road, Unit C<br>East Dundee, IL 60118 | 16225 | $33,962.00 | Full |
| | | | |
| | **Total Amount:** | **$33,962.00** | |

| | |
|---|---|
| Property Location: | Brake Parts Inc LLC located at: 1100 & 1380 Corporate Drive, McHenry, IL 60050 |

Lessee hereby assumes and shall bear all risk of loss for theft, damage, non-delivery or the destruction to any item of Property, howsoever caused. No such loss shall impair any obligation of Lessee under the Lease.

Lessee may transmit this Progress Payment Certificate electronically or by facsimile. Lessee agrees that such signature shall constitute an original signature and shall be binding upon Lessee.

[Signatures on following page]

[Progress Payment Certificate No. 33 Signature Page to Lease Schedule No. 028]

Dated: 05/02/2024

**TRICO PRODUCTS CORPORATION**

BY: [signature]
Edward James

TITLE: Executive Vice President



\\UTSJ-VS-WFS01.OSFI.Local\Lease Operations\Master Library\Payment Certificates\Generic PC.dotx

SCHEDULE A

**AJL Electric Inc.**

165 Prairie Lake Road
Unit C

# Invoice

| Date | Invoice # |
|---|---|
| 4/8/2024 | 16225 |

| Bill To |
|---|
| Brake Parts Inc.<br>1600 Industrial Dr.<br>McHenry, IL 60050 |

| P.O. No. | Terms | Project |
|---|---|---|
| 543237 | Due on receipt | I-1203-24 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Work Completed:<br>1380 Corporate Drive<br>McHenry, IL<br><br>Parcel Line Electrical Feed Requirements I-1203-24 | | |
| 1 | Total labor and materials | 33,962.00 | 33,962.00 |

Thank you for your business.

**Total** $33,962.00

onsetfinancial

**ACCEPTANCE AND DELIVERY AND APPROVAL FOR**
**PROGRESS PAYMENT CERTIFICATE NO. 34.2**
("Progress Payment Certificate" or "Certificate")

This Progress Payment Certificate is made in connection with that Master Progress Payment Agreement dated May 9, 2018 (the "MPPA"), and Lease Schedule No. 028 dated August 1, 2023 (the "Schedule"), each by and between **TRICO PRODUCTS CORPORATION** (the "Lessee") and **ONSET FINANCIAL, INC.** (the "Lessor") and each of which incorporates by reference the terms and conditions of Master Lease Agreement No. OFI1045321 dated May 9, 2018, by and between Lessee and Lessor (the "Master Lease"). The MPPA, Schedule and Master Lease are referred to herein collectively as the "Lease". All capitalized terms used herein but not defined herein shall have the same meanings ascribed to them in the Lease.

Lessee hereby directs Lessor to pay the Vendor identified below either a deposit, partial, final or full payment as designated below, on certain items of Property identified on the Vendor invoice(s) attached hereto as "Schedule A" and incorporated herewith. The Property identified in the Schedule A is part of the total Property to be leased to Lessee under the Schedule. Lessee acknowledges that this Progress Payment Certificate is not an Acceptance and Delivery Certificate. The total Property leased under the Schedule shall be the aggregate of all Property identified in each Progress Payment Certificate made in connection with the Schedule. Lessee shall execute and deliver to Lessor an Acceptance and Delivery Certificate, which will include an Exhibit A identifying all Property under the Schedule, after all items of Property covered under the Schedule have been delivered, received, properly installed, inspected and tested.

Regardless of whether any item of Property identified in the Schedule A has yet been delivered, installed or provided, Lessee hereby unconditionally accepts such items of Property as of the date of this Progress Payment Certificate for all purposes under the Lease.

As an inducement to Lessor to purchase the items of Property identified in the Schedule A, Lessee shall indemnify Lessor and Lessor's Assignee from and against any and all loss or damage that might result from non-delivery or non-installation of, or damage to any item of Property.

| "Vendor" | Invoice No. | Invoice Amount | Payment Type | Current Payment Percent | Percent Invoiced To Date |
|---|---|---|---|---|---|
| BINATIONAL INDUSTRIAL SERVICES LLC<br>7342 Villa Pancho Drive<br>Brownsville, TX 78521 | BIS-1011 | $29,915.00 | Final | 50% | 100% |
| | **Total Amount:** | **$29,915.00** | | | |

| Property Location: | 1900 & 1995 Billy Mitchell Blvd., Brownsville, TX 78521 |
|---|---|

Lessee hereby assumes and shall bear all risk of loss for theft, damage, non-delivery or the destruction to any item of Property, howsoever caused. No such loss shall impair any obligation of Lessee under the Lease.

Lessee may transmit this Progress Payment Certificate electronically or by facsimile. Lessee agrees that such signature shall constitute an original signature and shall be binding upon Lessee.

[Signatures on following page]

[Progress Payment Certificate No. 34.2 Signature Page to Lease Schedule No. 028]

Dated: 05/15/2024

**TRICO PRODUCTS CORPORATION**

BY: [signature]
Edward James

TITLE: Executive Vice President

# SCHEDULE A

## INVOICE

**Binational Industrial Services LLC**
7342 VILLA PANCHO DR
Brownsville, TX 78521

irma.guerra@binational-industrial-serv.com
+1 (956) 640-2396

TRICO PRODUCTS CORP.

**Bill to**
TRICO PRODUCTS CORP.
1995 Billy Mitchell Boulevard
Brownsville, Texas 78521

**Ship to**
TRICO PRODUCTS CORP.
TEXAS - WHSE - PLANT 4
TRICO TECHNOLOGIES
1995 Billy Mitchell Boulevard
Brownsville, Texas 78521

**Invoice details**
Invoice no.: BIS-1011
Terms: Net 30
Invoice date: 04/23/2024
Due date: 05/23/2024

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 1. | | **Services** | Material, labor, tools, accessories & equipment to supply and install AIR HANDLING UNIT #2.<br><br>NOTE: This invoice is for the 2nd. 50% of P.O. 754710<br>Total amount of P.O. is $59,830.00 | 1 | $29,915.00 | $29,915.00 |

**Total** **$29,915.00**

### Note to customer

This invoice is for your P.O. 754710.

Thank you for your business.

onset financial

**ACCEPTANCE AND DELIVERY AND APPROVAL FOR PROGRESS PAYMENT CERTIFICATE NO. 35**
("Progress Payment Certificate" or "Certificate")

This Progress Payment Certificate is made in connection with that Master Progress Payment Agreement dated May 9, 2018 (the "MPPA"), and Lease Schedule No. 028 dated August 1, 2023 (the "Schedule"), each by and between **TRICO PRODUCTS CORPORATION** (the "Lessee") and **ONSET FINANCIAL, INC.** (the "Lessor") and each of which incorporates by reference the terms and conditions of Master Lease Agreement No. OFI1045321 dated May 9, 2018, by and between Lessee and Lessor (the "Master Lease"). The MPPA, Schedule and Master Lease are referred to herein collectively as the "Lease". All capitalized terms used herein but not defined herein shall have the same meanings ascribed to them in the Lease.

Lessee hereby directs Lessor to pay the Vendor identified below either a deposit, partial, final or full payment as designated below, on certain items of Property identified on the Vendor invoice(s) attached hereto as "Schedule A" and incorporated herewith. The Property identified in the Schedule A is part of the total Property to be leased to Lessee under the Schedule. Lessee acknowledges that this Progress Payment Certificate is not an Acceptance and Delivery Certificate. The total Property leased under the Schedule shall be the aggregate of all Property identified in each Progress Payment Certificate made in connection with the Schedule. Lessee shall execute and deliver to Lessor an Acceptance and Delivery Certificate, which will include an Exhibit A identifying all Property under the Schedule, after all items of Property covered under the Schedule have been delivered, received, properly installed, inspected and tested.

Regardless of whether any item of Property identified in the Schedule A has yet been delivered, installed or provided, Lessee hereby unconditionally accepts such items of Property as of the date of this Progress Payment Certificate for all purposes under the Lease.

As an inducement to Lessor to purchase the items of Property identified in the Schedule A, Lessee shall indemnify Lessor and Lessor's Assignee from and against any and all loss or damage that might result from non-delivery or non-installation of, or damage to any item of Property.

| "Vendor" | Invoice No. | Invoice Amount | Payment Type |
|---|---|---|---|
| | | | |
| ROLER MACHINE SHOP INCORPORATED<br>P. O. Box 8313<br>Brownsville, TX 78526 | 8098 | $14,400.00 | Full |
| | **Total Amount:** | **$14,400.00** | |

| | |
|---|---|
| Property Location: | 1900 & 1995 Billy Mitchell Blvd., Brownsville, TX 78521 |

Lessee hereby assumes and shall bear all risk of loss for theft, damage, non-delivery or the destruction to any item of Property, howsoever caused. No such loss shall impair any obligation of Lessee under the Lease.

Lessee may transmit this Progress Payment Certificate electronically or by facsimile. Lessee agrees that such signature shall constitute an original signature and shall be binding upon Lessee.

[Signatures on following page]

[Progress Payment Certificate No. 35 Signature Page to Lease Schedule No. 028]

Dated: 05/02/2024

**TRICO PRODUCTS CORPORATION**

BY: ______________________
Edward James

TITLE: Executive Vice President



\\UTSJ-VS-WFS01.OSFI.Local\Lease Operations\Master Library\Payment Certificates\Generic PC.dotx

# SCHEDULE A

ROLER MACHINE SHOP, INC
6632 Padre Island Hwy
Brownsville, TX 78521
Ph & Fax: 956) 504-2836
Email: fr@rolermachineshop.com

# Invoice

| Date | Invoice # |
|---|---|
| 4/24/2024 | 8098 |

**Bill To:**
TRICO PRODUCTS CORP
1995 Billy Mitchell Blvd.
Brownsville, Tx. 78521

**Ship To:**
TRICO PRODUCTS CORP
1995 Billy Mitchell Blvd.
Brownsville, TX 78521

**Send Payment to:**
**Roler Machine Shop Inc**
**P.O. Box 8313**
**Brownsville, TX 78526**

| Estimate | P.O. Number | Terms | Ship Date |
|---|---|---|---|
| 6246 | 754670 | | 4/24/2024 |

| Qty | Item | Description | U/M | Price Each | Amount |
|---|---|---|---|---|---|
| 6 | Maq | FABRICATE STUD BENCH WORK STATION<br><br>INCLUDES:<br>SQUARE TUBING TABLE WITH PLYWOOD, LAMP ON/OFF SWITCH, CONTACTORS, HEAVY DUTY BENCH VISE WITH SWIVEL BASE, FRONT WALL WITH PEGBOARD STEEL, AIR HOSES AND CONNECTORS | | 2,400.00 | 14,400.00 |

**Total** $14,400.00

onsetfinancial

## ACCEPTANCE AND DELIVERY AND APPROVAL FOR PROGRESS PAYMENT CERTIFICATE NO. 36.1

("Progress Payment Certificate" or "Certificate")

This Progress Payment Certificate is made in connection with that Master Progress Payment Agreement dated May 9, 2018 (the "MPPA"), and Lease Schedule No. 028 dated August 1, 2023 (the "Schedule"), each by and between **TRICO PRODUCTS CORPORATION** (the "Lessee") and **ONSET FINANCIAL, INC.** (the "Lessor") and each of which incorporates by reference the terms and conditions of Master Lease Agreement No. OFI1045321 dated May 9, 2018, by and between Lessee and Lessor (the "Master Lease"). The MPPA, Schedule and Master Lease are referred to herein collectively as the "Lease". All capitalized terms used herein but not defined herein shall have the same meanings ascribed to them in the Lease.

Lessee hereby directs Lessor to pay the Vendor identified below either a deposit, partial, final or full payment as designated below, on certain items of Property identified on the Vendor invoice(s) attached hereto as "Schedule A" and incorporated herewith. The Property identified in the Schedule A is part of the total Property to be leased to Lessee under the Schedule. Lessee acknowledges that this Progress Payment Certificate is not an Acceptance and Delivery Certificate. The total Property leased under the Schedule shall be the aggregate of all Property identified in each Progress Payment Certificate made in connection with the Schedule. Lessee shall execute and deliver to Lessor an Acceptance and Delivery Certificate, which will include an Exhibit A identifying all Property under the Schedule, after all items of Property covered under the Schedule have been delivered, received, properly installed, inspected and tested.

Regardless of whether any item of Property identified in the Schedule A has yet been delivered, installed or provided, Lessee hereby unconditionally accepts such items of Property as of the date of this Progress Payment Certificate for all purposes under the Lease.

As an inducement to Lessor to purchase the items of Property identified in the Schedule A, Lessee shall indemnify Lessor and Lessor's Assignee from and against any and all loss or damage that might result from non-delivery or non-installation of, or damage to any item of Property.

| "Vendor" | Invoice No. | Invoice Amount | Payment Type | Current Payment Percent | Percent Invoiced To Date |
|---|---|---|---|---|---|
| ROLER MACHINE SHOP INCORPORATED<br>P. O. Box 8313<br>Brownsville, TX 78521 | 8099 | $27,662.50 | Deposit | 50% | 50% |
| | **Total Amount:** | **$27,662.50** | | | |

| Property Location: | 1900 & 1995 Billy Mitchell Blvd., Brownsville, TX 78521 |
|---|---|

Lessee hereby assumes and shall bear all risk of loss for theft, damage, non-delivery or the destruction to any item of Property, howsoever caused. No such loss shall impair any obligation of Lessee under the Lease.

Lessee may transmit this Progress Payment Certificate electronically or by facsimile. Lessee agrees that such signature shall constitute an original signature and shall be binding upon Lessee.

[Signatures on following page]



\\UTSJ-VS-WFS01.OSFI.Local\Lease Operations\Master Library\Payment Certificates\Generic PC.dotx

[Progress Payment Certificate No. 36.1 Signature Page to Lease Schedule No. 028]

Dated: 05/02/2024

**TRICO PRODUCTS CORPORATION**

BY: Edward James

Edward James

TITLE: Executive Vice President

SCHEDULE A

ROLER MACHINE SHOP, INC
6632 Padre Island Hwy
Brownsville, TX 78521
Ph & Fax: 956) 504-2836
Email: fr@rolermachineshop.com

# Invoice

| Date | Invoice # |
|---|---|
| 4/24/2024 | 8099 |

| Bill To: | Ship To: |
|---|---|
| TRICO PRODUCTS CORP<br>1995 Billy Mitchell Blvd.<br>Brownsville, Tx. 78521 | TRICO PRODUCTS CORP<br>1995 Billy Mitchell Blvd.<br>Brownsville, TX 78521 |

**Send Payment to:**
**Roler Machine Shop Inc**
**P.O. Box 8313**
**Brownsville, TX 78526**

| Estimate | P.O. Number | Terms | Ship Date |
|---|---|---|---|
| 6205 | 754916 | Net 45 | 4/24/2024 |

| Qty | Item | Description | U/M | Price Each | Amount |
|---|---|---|---|---|---|
| 1 | Maq | FABRICATE BVT05T001 DIE SET<br><br>**50% ADVANCE** | | 27,662.50 | 27,662.50 |

| | |
|---|---|
| **Total** | $27,662.50 |

onsetfinancial

**ACCEPTANCE AND DELIVERY AND APPROVAL FOR PROGRESS PAYMENT CERTIFICATE NO. 36.2 AND ASSIGNMENT OF INVOICE(S)**
("Progress Payment Certificate" or "Certificate")

This Progress Payment Certificate is made in connection with that Master Progress Payment Agreement dated May 9, 2018 (the "MPPA"), and Lease Schedule No. 028 dated August 1, 2023 (the "Schedule"), each by and between **TRICO PRODUCTS CORPORATION** (the "Lessee") and **ONSET FINANCIAL, INC.** (the "Lessor") and each of which incorporates by reference the terms and conditions of Master Lease Agreement No. OFI1045321 dated May 9, 2018, by and between Lessee and Lessor (the "Master Lease"). The MPPA, Schedule and Master Lease are referred to herein collectively as the "Lease". All capitalized terms used herein but not defined herein shall have the same meanings ascribed to them in the Lease.

Lessee hereby directs Lessor to pay the Vendor identified below either a deposit, partial, final or full payment as designated below, towards certain items of property identified on the Vendor invoice(s) attached hereto as "Schedule A" and incorporated herewith (the "Property"). Lessor shall make the payment to Vendor upon satisfaction of all applicable conditions set forth in the Lease.

| "Vendor" | Invoice No. | Invoice Amount | Payment Type | Current Payment Percent | Percent Invoiced To Date |
|---|---|---|---|---|---|
| ROLER MACHINE SHOP INCORPORATED<br>P. O. Box 8313<br>Brownsville, TX 0 | 8433 | $27,662.50 | Final | 50% | 100% |
| | **Total Amount:** | **$27,662.50** | | | |

| Property Location: | 1900 & 1995 Billy Mitchell Blvd., Brownsville, TX 78521 |
|---|---|

The Property identified in Schedule A is part of the total Property to be leased to Lessee under the Schedule. Lessee acknowledges that this Progress Payment Certificate is not an Acceptance and Delivery Certificate. The total Property leased under the Schedule shall be the aggregate of all Property identified in each Progress Payment Certificate made in connection with the Schedule. Lessee shall execute and deliver to Lessor an Acceptance and Delivery Certificate, which will include an Exhibit A identifying all Property under the Schedule, after all items of Property covered under the Schedule have been delivered, received, properly installed, inspected and tested.

As an inducement to Lessor to purchase the items of Property identified in Schedule A, Lessee shall indemnify Lessor and Lessor's Assignee from and against any loss or damage that might result from non-delivery or non-installation of, or damage to any item of Property. Lessee hereby assumes and shall bear all risk of loss for theft, damage, non-delivery or the destruction of any item of Property, howsoever caused. No such loss shall impair any obligation of Lessee under the Lease.

Regardless of whether any item of Property identified in Schedule A has been delivered, installed, or provided, Lessee hereby unconditionally accepts such items of Property as of the date of this Progress Payment Certificate for all purposes under the Lease.

For good and valuable consideration, receipt of which is hereby acknowledged, Lessee hereby assigns all rights and interest in the invoice(s) attached as Schedule A, together with any underlying and/or related purchase order(s) (collectively, the "Invoice(s)"). This assignment is given to assist Lessor in directly acquiring from the Vendor all title (or other rights of ownership, control, and interest) in and to the Property, including, as applicable, those services, contracts or other items described in the Invoice(s), for the purpose

of leasing the Property to Lessee. Notwithstanding the foregoing, this Progress Payment Certificate does not create in any other party any rights or interests and shall not be construed as existing for the benefit of the Vendor or any creditor of Lessee, or as being enforceable by any party not a signatory hereto. There shall be no third-party beneficiaries of the foregoing assignment. Furthermore, except for making payment as directed herein, Lessor shall not assume any other obligation, responsibility, or duty to Vendor or any third party arising under the Invoice(s).

Lessee represents and warrants that the Property described in the Invoice(s) has been selected by Lessee in its sole discretion and that no liens or encumbrances exist now or hereafter in favor of Lessee regardless of whether Lessee is identified as the purchaser on the Invoice(s). Lessee acknowledges and agrees that Lessor will be the title holder and owner of the Property and that all rights, title, and ownership interest in the Property shall pass directly from the Vendor to Lessor and shall vest in Lessor. To the extent Lessee has acquired title, ownership, or control of such Property, then Lessee hereby sells, assigns and transfers the same to Lessor.

This Progress Payment Certificate is executed in the State of Utah and shall be construed in accordance with the laws of the State of Utah.

Lessee may transmit this Progress Payment Certificate electronically or by facsimile. Lessee agrees that such signature shall constitute an original signature and shall be binding upon Lessee.

[Signatures on following page]

[Progress Payment Certificate No. 36.2 Signature Page to Lease Schedule No. 028]

Dated: December 3, 2024

**TRICO PRODUCTS CORPORATION**

BY: Edward James

TITLE: Executive Vice President

SCHEDULE A

ROLER MACHINE SHOP, INC
6632 Padre Island Hwy
Brownsville, TX 78521
Ph & Fax: 956) 504-2836
Email: fr@rolermachineshop.com

# Invoice

| Date | Invoice # |
|---|---|
| 11/19/2024 | 8433 |

| Bill To: | Ship To: |
|---|---|
| TRICO PRODUCTS CORP<br>1995 Billy Mitchell Blvd.<br>Brownsville, Tx. 78521 | TRICO PRODUCTS CORP<br>1995 Billy Mitchell Blvd.<br>Brownsville, TX 78521 |

**Send Payment to:**
**Roler Machine Shop Inc**
**P.O. Box 8313**
**Brownsville, TX 78526**

| Estimate | P.O. Number | Terms | Ship Date |
|---|---|---|---|
| 6205 | 754916 | Net 45 | 11/19/2024 |

| Qty | Item | Description | U/M | Price Each | Amount |
|---|---|---|---|---|---|
| 1 | Maq | FABRICATE BVT05T001 DIE SET<br><br>***REMAINING BALANCE (50%)*** | | 27,662.50 | 27,662.50 |

| | |
|---|---|
| **Total** | $27,662.50 |

onset financial

# ACCEPTANCE AND DELIVERY CERTIFICATE
# TO
# LEASE SCHEDULE NO. 028

Reference is made to Lease Schedule No. 028 dated August 1, 2023, including any amendments thereto, (collectively, the "Schedule") which incorporates the terms and conditions of Master Lease Agreement No. OFI1045321 dated May 9, 2018 (the "Master Lease") between **ONSET FINANCIAL, INC.** (the "Lessor") and **TRICO PRODUCTS CORPORATION** (the "Lessee"). The Master Lease and Schedule shall be referenced herein collectively as the Lease. <u>All capitalized terms used herein but not defined herein shall have the same meanings ascribed to them in the Master Lease.</u>

SECTION 1 <u>PROPERTY</u>: Manufacturing equipment as more fully described on the attached Exhibit A, which by reference becomes a part hereof, together with any and all attachments, accessions, additions, enhancements and replacements thereto (collectively, the "Property").

SECTION 2 <u>PROPERTY LOCATION</u>: Location(s) of Lessee as set forth on the attached Exhibit A.

SECTION 3 <u>DATE OF ACCEPTANCE</u>: December 4, 2024

SECTION 4 <u>CONDITION OF THE PROPERTY</u>: Lessee hereby acknowledges that all items of Property described in Section 1 have been delivered and received, have been properly installed, examined and tested and determined by Lessee to be in good working condition, operating satisfactorily in all respects, and for all of intended uses and purposes, and Lessee hereby unconditionally and irrevocably accepts the Property for all purposes under the Lease.

SECTION 5 <u>DISBURSEMENTS:</u> By signature below Lessee hereby i) ratifies Lessor's prior payment, if any, for items of Property purchased or paid for by Lessor pursuant to all Certificates signed in connection with the Master Progress Payment Agreement and described on the attached Exhibit A, and ii) authorizes and directs Lessor to pay the purchase price for items of Property, if any, described on the attached Exhibit A which are not paid, all of which are covered under the Lease.

[Signature(s) on following page]

[Acceptance and Delivery Certificate Signature Page to Lease Schedule No. 028]

LESSEE: **TRICO PRODUCTS CORPORATION**

BY: ______________________________
Edward James

TITLE: Executive Vice President

EXHIBIT A

**Trico Products Corporation**
**Master Lease No. OF11045321**
**Lease Schedule No. 028**

$3,997,807.01 $3,997,807.01

| ADDRESS | CITY | ST | ZIP | VENDOR | INVOICE NO. | INVOICE DATE | QTY | DESCRIPTION | IDENTIFICATION # | PC NO. | PER UNIT | UNIT TOTAL | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | UMD AUTOMATED SYSTEMS, INC. | 7212<br>7358<br>7438<br>7666<br>7699 | 03/29/2023<br>06/30/2023<br>07/26/2023<br>11/17/2023<br>12/13/2023 | 2 | RUBBER MIXING INSOURCE - 20" CANTILEVER BATCH OFF | | 1.1<br>1.2<br>1.3<br>1.4 | $467,472.00 | $934,944.00 | |
| | | | | | | | 1 | MECHANICAL SUPPORT | | 1.1<br>1.2<br>1.3<br>1.4 | $10,572.00 | $10,572.00 | |
| | | | | | | | 1 | START-UP PROGRAM SUPPORT | | 1.1<br>1.2<br>1.3<br>1.4 | $17,567.00 | $17,567.00 | $963,083.00 |
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | UMD AUTOMATED SYSTEMS, INC. | 7258<br>7359<br>7437<br>7700<br>7701 | 04/27/2023<br>06/30/2023<br>07/26/2023<br>12/13/2023<br>12/13/2023 | 2 | RUBBER MIXING INSOURCE - ROTARY CUTTERS | | 2.1<br>2.2<br>2.3<br>2.4 | $101,371.00 | $202,742.00 | |
| | | | | | | | | | | 2.1<br>2.2<br>2.3<br>2.4 | | | $202,742.00 |
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | E.S.I.-EXTRUSION SERVICES, INC. | D-3273<br>C3273<br>N-3273 | 06/2/2023<br>08/22/2023<br>10/20/2023 | 2 | ACCUFLY CUTTERS | 2232731 | 3.1<br>3.2<br>3.3 | $71,550.00 | $143,100.00 | |
| | | | | | | | | | 2232732 | 3.1<br>3.2<br>3.3 | | | $143,100.00 |
| Champion Laboratories, Inc. located at 301 Industrial Drive | Albion | IL | 62806 | BRAD A. ATTEBERRY dba ATTEBERRY MACHINE & TOOL | 5415<br>5427<br>5428 | 7/27/2023<br>10/17/2023<br>10/17/2023 | 40 | AF3195 BOTTOM MOLD | | 4.1<br>4.2 | $650.00 | $26,000.00 | |
| | | | | | | | 40 | AF3195 TOP MOLD | | 4.1<br>4.2 | $550.00 | $22,000.00 | $48,000.00 |
| Brake Parts Inc LLC located at: 2701 Keystone Pacific Parkway, Suite 100 | Patterson | CA | 95363 | IMPACT AUTOMATION, INC. | 2404<br>2526<br>2550 | 06/26/2023<br>10/16/2023<br>10/24/2023 | 1 | MECHANICAL EQUIPMENT, INCLUDING BUT NOT LIMITED TO CONVEYOR BELTS, MOTORS, AND FRAMES, PHOTOEYES FOR AUTOMATED SENSORS, ELECTRICAL BOXES AND WIRING FOR THE SYSTEM | | 5.1<br>5.2 | $76,145.00 | $76,145.00 | |
| | | | | | | | 1 | INSTALLATION | | 5.1<br>5.2 | $48,037.00 | $48,037.00 | |
| | | | | | | | 1 | PLC/POWER SUPPLY PANELS | | 5.1<br>5.2 | $17,500.00 | $17,500.00 | |
| | | | | | | | 1 | DEVICES | | 5.1<br>5.2 | $1,250.00 | $1,250.00 | |
| | | | | | | | 1 | SITE MANAGEMENT PROGRAMMING AND COMMISSIONING | | 5.1<br>5.2 | $22,375.00 | $22,375.00 | |
| | | | | | | | 1 | FREIGHT | | 5.1<br>5.2 | $6,000.20 | $6,000.20 | $171,307.20 |
| Strongarm, LLC located at 3108 HWY 76 East | Marion | SC | 29571 | AMERICAN HERMETICS OF GEORGIA, INC. | 16985 | 6/27/2023 | 1 | REMANUFACTURED TRANE COMPRESSOR | | 6 | $10,679.62 | $10,679.62 | |
| | | | | | | | 16 | REFRIGERANT, 25LB CYLINDER | | 6 | $432.00 | $6,912.00 | |
| | | | | | | | 1 | FREIGHT CHARGES | | 6 | $600.00 | $600.00 | $18,191.62 |
| Framauto Holdings, LLC located at 851 Jackson Street | Greenville | OH | 45331 | NORDSON CORPORATION | 2980009145<br>9161851948 | 6/29/2023<br>2/28/2024 | 5 | EXTRUDER EX-007 | | 7.1<br>7.2 | $77,234.05 | $386,170.25 | |

EXHIBIT A

Trico Products Corporation
Master Lease No. OFI1045321
Lease Schedule No. 028

$3,997,807.01 $3,997,807.01

| ADDRESS | CITY | ST | ZIP | VENDOR | INVOICE NO. | INVOICE DATE | QTY | DESCRIPTION | IDENTIFICATION # | PC NO. | PER UNIT | UNIT TOTAL | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 5 | BLUE SERIES GUN SINGLE MODULE | SA23J54163, SA23J54164, SA23J54165, SA23J54166, SA23J54167 | 7.1 7.2 | $1,913.16 | $9,565.80 | |
| | | | | | | | 5 | CONN ASSY | | 7.1 7.2 | $34.31 | $171.55 | |
| | | | | | | | 5 | SERVICE KIT, 45DEG HOSE CONN | | 7.1 7.2 | $25.50 | $127.50 | |
| | | | | | | | 10 | O RING, KALREZ, 3/8 TUBE | | 7.1 7.2 | $215.60 | $2,156.00 | |
| | | | | | | | 5 | KIT, INSULAT. FILTER, INLINE, SATURN | | 7.1 7.2 | $131.12 | $655.60 | |
| | | | | | | | 5 | JACKET, GUN, BC, SINGLE, BACK, AOAC | | 7.1 7.2 | $170.72 | $853.60 | |
| | | | | | | | 5 | KIT, MULTI-TOOL, CAP/NOZ/FILTER | | 7.1 7.2 | $100.32 | $501.60 | |
| | | | | | | | 5 | HOSE, BLUE SERIES, 5/16X 8 FT, 240V, AU | NC23L40907, NC23L40912, NC23L40928, NC23L40933, NC23L40934 | 7.1 7.2 | $746.24 | $3,731.20 | |
| | | | | | | | 5 | HOLDER, 5/16 HOSE | | 7.1 7.2 | $46.91 | $234.55 | |
| | | | | | | | 5 | KIT, FRAME MOUNT, REDIFLEX II SYSTEM | | 7.1 7.2 | $20.12 | $100.60 | |
| | | | | | | | 25 | STRAP, VELCRO, W/BUCKLE, 25X3CM | | 7.1 7.2 | $1.50 | $37.50 | |
| | | | | | | | 25 | STRAP, VELCRO, W/BUCKLE, 41X3CM | | 7.1 7.2 | $1.94 | $48.50 | |
| | | | | | | | 5 | KIT, INSULATION | | 7.1 7.2 | $65.52 | $327.60 | |
| | | | | | | | 1 | SHIPPING | | 7.1 7.2 | $7,196.99 | $7,196.99 | $411,878.84 |
| Champion Laboratories, Inc. located at 200 S. 4th Street | Albion | IL | 62806 | MORRISON TIMING SCREW COMPANY dba MORRISON CONTAINER HANDLING SOLUTIONS | 105345-ADV1 105345-ADV2 105345 | 09/08/2023 11/15/2023 8/30/2024 | 1 | SERVO METERING DRIVE SYSTEM | | 8.1 8.2 8.3 | $19,960.00 | $19,960.00 | |
| | | | | | | | 1 | PNEUMATIC REJECT STATION | | 8.1 8.2 8.3 | $5,000.00 | $5,000.00 | |
| | | | | | | | 1 | SYSTEM GUARDING | | 8.1 8.2 8.3 | $13,000.00 | $13,000.00 | |
| | | | | | | | 1 | AB NEMA 12 SERVO CONTROLS | | 8.1 8.2 8.3 | $21,930.00 | $21,930.00 | |
| | | | | | | | 1 | CAMERA STAND | | 8.1 8.2 8.3 | $2,400.00 | $2,400.00 | |
| | | | | | | | 1 | PALLET CHARGE | | 8.1 8.2 8.3 | $324.50 | $324.50 | |
| | | | | | | | 1 | SHIPPING | | 8.1 8.2 8.3 | $960.00 | $960.00 | $63,574.50 |
| Champion Laboratories, Inc. located at 200 S. 4th Street | Albion | IL | 62806 | SCOTT SPECIAL TOOLS, INC. | 3061631 3061800 | 09/07/2023 09/27/2023 | 1 | SUSPENDED ENG DRIVE UNIT | | 9.1 9.2 | $1,484.00 | $1,484.00 | |
| | | | | | | | 4 | DIRECT END DRIVE UNIT RH | | 9.1 9.2 | $731.00 | $2,924.00 | |
| | | | | | | | 1 | DIRECT END DRIVE UNIT LH | | 9.1 9.2 | $731.00 | $731.00 | |
| | | | | | | | 20 | STANDARD PLAIN CHAIN 5M BOX | | 9.1 9.2 | $386.00 | $7,720.00 | |
| | | | | | | | 3 | STAINLESS STEEL TOP CHAIN 5M BOX | | 9.1 9.2 | $1,351.00 | $4,053.00 | |

EXHIBIT A

**Trico Products Corporation**
**Master Lease No. OFI1045321**
**Lease Schedule No. 028**

$3,997,807.01 $3,997,807.01

| ADDRESS | CITY | ST | ZIP | VENDOR | INVOICE NO. | INVOICE DATE | QTY | DESCRIPTION | IDENTIFICATION # | PC NO. | PER UNIT | UNIT TOTAL | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 2 | HORIZONTAL PLAIN BEND 15 DEGREE | | 9.1<br>9.2 | $263.00 | $526.00 | |
| | | | | | | | 2 | HORIZONTAL PLAIN BEND 90 DEGREE | | 9.1<br>9.2 | $349.00 | $698.00 | |
| | | | | | | | 2 | HORIZONTAL PLAIN BEND 45 DEGREE | | 9.1<br>9.2 | $284.00 | $568.00 | |
| | | | | | | | 8 | VERTICAL BEND 5 DEGREE | | 9.1<br>9.2 | $174.00 | $1,392.00 | |
| | | | | | | | 1 | 45 DEGREE WHEEL BEND | | 9.1<br>9.2 | $372.00 | $372.00 | |
| | | | | | | | 1 | 135 DEGREE WHEEL BEND | | 9.1<br>9.2 | $427.00 | $427.00 | |
| | | | | | | | 9 | 180 DEGREE WHEEL BEND | | 9.1<br>9.2 | $450.00 | $4,050.00 | |
| | | | | | | | 10 | HDPE SLIDE RAIL | | 9.1<br>9.2 | $73.00 | $730.00 | |
| | | | | | | | 2 | ALUMINUM RIVETS 50 PRE PACK | | 9.1<br>9.2 | $16.00 | $32.00 | |
| | | | | | | | 10 | CONVEYOR BEAM | | 9.1<br>9.2 | $183.00 | $1,830.00 | |
| | | | | | | | 3 | T-BOLT 20MM LONG 50 PACK | | 9.1<br>9.2 | $24.00 | $72.00 | |
| | | | | | | | 1 | T-BOLT 53MM 50 PACK | | 9.1<br>9.2 | $43.00 | $43.00 | |
| | | | | | | | 8 | SUPPORT BEAM 64MM BY 64MM | | 9.1<br>9.2 | $134.00 | $1,072.00 | |
| | | | | | | | 40 | VERTICAL BEAM SUPPOER BRACKET | | 9.1<br>9.2 | $9.00 | $360.00 | |
| | | | | | | | 10 | ALPINE BEAM SUPPORT BRACKET | | 9.1<br>9.2 | $14.00 | $140.00 | |
| | | | | | | | 3 | SUPPORT BEAM 80MM BY 80MM | | 9.1<br>9.2 | $182.00 | $546.00 | |
| | | | | | | | 3 | 80X80MM SUPPORT BEAM FOOT | | 9.1<br>9.2 | $153.00 | $459.00 | |
| | | | | | | | 10 | FOOT FOR 64X64MM SUPPORTS | | 9.1<br>9.2 | $58.00 | $580.00 | |
| | | | | | | | 10 | VERTICAL BEAM SUPPORT BRACKETS | | 9.1<br>9.2 | $20.00 | $200.00 | |
| | | | | | | | 1 | GUARANTEED SERVICE TRACKING | | 9.1<br>9.2 | $668.80 | $668.80 | $31,677.80 |
| Champion Laboratories, Inc. located at 301 Industrial Drive | Albion | IL | 62806 | STANDARD MACHINE & FABRICATION, LLC | 1284 | 9/21/2023 | 1 | TOP MOLD PILOT | | 10 | $3,984.90 | $3,984.90 | $3,984.90 |
| Champion Laboratories, Inc. located at 200 S. 4th Street | Albion | IL | 62806 | SKYLINE MANUFACTURING CORPORATION | 6596<br>6610<br>6968 | 10/4/2023<br>10/6/2023<br>3/28/2024 | 1 | TWO-OUT BACKPLATE DIE - BUILD (1) TWO-OUT PROG DIE WITH CHANGEOVER TOOLING TO PRODUCE THE BACKPLATES | | 11.1<br>11.2<br>11.3 | $204,400.00 | $204,400.00 | $204,400.00 |

EXHIBIT A

**Trico Products Corporation**
**Master Lease No. OFI1045321**
**Lease Schedule No. 028**

| ADDRESS | CITY | ST | ZIP | VENDOR | INVOICE NO. | INVOICE DATE | QTY | DESCRIPTION | IDENTIFICATION # | PC NO. | PER UNIT | UNIT TOTAL | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $3,997,807.01 | $3,997,807.01 |
| Champion Laboratories, Inc. located at 200 S. 4th Street | Albion | IL | 62806 | SKYLINE MANUFACTURING CORPORATION | 7028 | 4/23/2024 | 1 | TWO-OUT BACKPLATE DIE - EXTRUSION DEVELOPMENT | | 11.4 | $8,675.00 | $8,675.00 | $8,675.00 |
| Champion Laboratories, Inc. located at 200 S. 4th Street | Albion | IL | 62806 | CODI MANUFACTURING, INC. | 12911.01<br>12911.03 | 8/31/2023<br>2/20/2024 | 1 | DEPALLETIZER SYSTEM - DPL-250 - SHELL SYSTEM | | 12.1<br>12.2 | $42,500.00 | $42,500.00 | |
| | | | | | | | 1 | PALLETIZER SYSTEM - PLT-1000 - ELEMENT SYSTEM | | 12.1<br>12.2 | $149,500.00 | $149,500.00 | |
| | | | | | | | 1 | DEPALL UPGRADE TO PLT1000 | | 12.1<br>12.2 | $19,500.00 | $19,500.00 | |
| | | | | | | | 1 | DPL-250 SLIP SHEET SLIDE RACK COLLECTION - BOTTOM MOUNTED | | 12.1<br>12.2 | $3,500.00 | $3,500.00 | |
| | | | | | | | 1 | CATWALK - APPROXIMATELY 36" WIDE X 96" LONG | | 12.1<br>12.2 | $4,250.00 | $4,250.00 | |
| | | | | | | | 1 | DPL-250 SECONDARY HMI - CONTROL THE DEPAL FROM THE PLATFORM | | 12.1<br>12.2 | $3,250.00 | $3,250.00 | |
| | | | | | | | 2 | ALLEN BRADLEY UPGRADE (PER MACHINE) | | 12.1<br>12.2 | $4,250.00 | $8,500.00 | |
| | | | | | | | 1 | CONVEYING SHELL SYSTEM | | 12.1<br>12.2 | $12,500.00 | $12,500.00 | |
| | | | | | | | 1 | CONVEYING WITH INDEXER FOR PALLETIZER | | 12.1<br>12.2 | $15,500.00 | $15,500.00 | |
| | | | | | | | 1 | CRATING | | 12.1<br>12.2 | $3,500.00 | $3,500.00 | |
| | | | | | | | 1 | INSTALLATION AND TRAINING (20 DAYS) INCLUDES TRAVEL AND MEALS | | 12.1<br>12.2 | $27,000.00 | $27,000.00 | $289,500.00 |
| Strongarm, LLC located at 3108 HWY 76 East | Marion | SC | 29571 | BODORLASER INC. | PIHW20230817036 | 8/16/2023 | 1 | BODOR LASER Q0 PRO - 3KW | | 13 | $150,000.00 | $150,000.00 | $150,000.00 |
| Champion Laboratories, Inc. located at 301 Industrial Drive | Albion | IL | 62806 | STANDARD MACHINE & FABRICATION, LLC | 1323<br>1451<br>1463 | 10/19/2023<br>12/20/2023<br>12/29/2023 | 140 | AF4065 BOTTOM MOLD | | 14.1<br>14.2 | $124.00 | $17,360.00 | |
| | | | | | | | 140 | AF4065 TOP MOLD | | 14.1<br>14.2 | $109.00 | $15,260.00 | |
| | | | | | | | 280 | AF4065 PACK BAR | | 14.1<br>14.2 | $18.00 | $5,040.00 | |
| | | | | | | | 280 | AF4065 MOLD PLATE RISER | | 14.1<br>14.2 | $12.50 | $3,500.00 | |
| | | | | | | | 280 | AF4065 PACK BAR HOLDER | | 14.1<br>14.2 | $18.85 | $5,278.00 | |
| | | | | | | | 140 | AF4065 FLIP PLATE | | 14.1<br>14.2 | $46.00 | $6,440.00 | $52,878.00 |
| Champion Laboratories, Inc. located at 200 S. 4th Street | Albion | IL | 62806 | POWER/MOTION, INC. | 112848 | 10/4/2023 | 1 | IS3801, UNIT ONLY, COLOR, PERFORMANCE, SC | | 15 | $10,842.86 | $10,842.86 | |
| | | | | | | | 1 | 60MM LENS COVER | | 15 | $104.00 | $104.00 | |
| | | | | | | | 1 | EDMUNDS 6MM TECHSPEC 1/1.8" FIXED FOCAL LENGTH LENS | | 15 | $593.67 | $593.67 | |
| | | | | | | | 1 | 5 PIN 10 METER LIGHT CABLE | | 15 | $104.00 | $104.00 | |
| | | | | | | | 1 | POWER AND I/O CABLE, M12-12 | | 15 | $429.00 | $429.00 | |
| | | | | | | | 1 | COGNEX X-CODED M12 ETHERNET CABLE | | 15 | $173.33 | $173.33 | |
| | | | | | | | 1 | SHIPPING | | 15 | $25.40 | $25.40 | $12,272.26 |
| | | | | | | | 2 | IS3801, UNIT ONLY, COLOR, PERFORMANCE, SC | | 15 | $10,842.86 | $21,685.72 | |
| | | | | | | | 2 | 60MM LENS COVER | | 15 | $104.00 | $208.00 | |
| | | | | | | | 2 | POWER AND I/O CABLE, M12-12 | | 15 | $164.67 | $329.34 | |
| | | | | | | | 2 | COGNEX X-CODED M12 ETHERNET CABLE | | 15 | $143.00 | $286.00 | |
| | | | | | | | 2 | LENS, MORITEX, 5MP, 8MM, 2/3" | | 15 | $619.67 | $1,239.34 | |

EXHIBIT A

**Trico Products Corporation**
**Master Lease No. OFI1045321**
**Lease Schedule No. 028**

$3,997,807.01 $3,997,807.01

| ADDRESS | CITY | ST | ZIP | VENDOR | INVOICE NO. | INVOICE DATE | QTY | DESCRIPTION | IDENTIFICATION # | PC NO. | PER UNIT | UNIT TOTAL | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 1 | SHIPPING | | 15 | $30.57 | $30.57 | $23,778.97 |
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | GRAND RIVER MAINTENANCE AND SERVICES, LLC | 1029<br>1029-2<br>1029-3 | 11/2/2023<br>12/19/2023<br>12/27/2023 | 1 | DEMOLITION SERVICES FOR CONCRETE BASE IN OPERATIONS AREA, CONSTRUCTION CONCRETE CHANNEL 26" W X 100'L X 24" H INCLUDES EQUIPMENT MATERIALS AND LABOR | | 16.1<br>16.2<br>16.3 | $66,980.00 | $66,980.00 | $66,980.00 |
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | RR MULTISERVICES LLC | 1024 | 9/28/2023 | 1 | LABOR AND LIFTING EQUIPMENT FOR THE RELOCATION OF 5 COILING MACHINES. THE EQUIPMENT WILL BE LOADED AT TRICO WAREHOUSE AND TRANSPORTED TO PRODUCTION AREA. THE MOVE TO INCLUDE EQUIPMENT CLEANING. THE COILERS WILL BE MOVED FROM THE STORAGE WAREHOUSE FOR CLEANING BAND TRANSPORTED TO PRODUCTION AREA. THE PRICE INCLUDES COMPLETE RIGGING OF MACHINES LOADING AND UNLOADING INN NEW LOCATION. - SCOPE OF WORK - RIGGING AND LOAD 5 COILING MACHINES BEING MOVED TO PRODUCTION AREA. THE PRESS WILL BE ROLLED FROM THE EXISTING LOCATION AND SET IN NEW PLACE. - RIGG COILERS FROM EXISTING AREA TO STAGING LOCATION - CLEAN COILERS - ROLL PRESS OUT TO LOADING LOCATION - LOAD PRESS ON TRAILER FOR TRANSPORTATION TO PRODUCTION AREA - PRESS SET IN NEW AS PER CUSTOMER LAYOUT | | 17 | $6,700.00 | $6,700.00 | $6,700.00 |
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | RR MULTISERVICES LLC | 1034 | 11/7/2023 | 1 | LABOR AND LIFTING EQUIPMENT FOR THE RELOCATION OF 8 MACHINES. THE EQUIPMENT WILL BE LOADED AT OFF SITE WAREHOUSE AND TRANSPORTED TO NEW LOCATION ON PRODUCTION AREA. THE PRESS WILL BE ROLLED FROM EXISTING LOCATION AND LOADED ON TRAILER WITH CRANE OR FORKLIFT AS REQUIRED. THE PRESS WILL BE SET IN PLACE AS REQUESTED BY CUSTOMER. THE PRICE INCLUDES COMPLETE RIGGING OF MACHINES LOADING AND UNLOADING INN NEW LOCATION. - SCOPE OF WORK- RIGGING AND LOAD 8 MACHINES BEING MOVED FROM STORAGE WAREHOUSE TO NEW LOCATION. THE PRESS WILL BE ROLLED FROM THE EXISTING LOCATION AND SET IN NEW PLACE. - CLEAN PRESSES FOR MOVE TO NEW LOCATION. - ROLL PRESS OUT TO LOADING LOCATION. - LOAD PRESSES ON TRAILER FOR TRANSPORTATION TO PRODUCTION AREA. - PRESS SET IN MEW LOCATION AS PER CUSTOMER LAYOUT. | | 18 | $16,600.00 | $16,600.00 | $16,600.00 |
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | RR MULTISERVICES LLC | 1040 | 11/14/2023 | 1 | REMOVAL OF TUNNEL OVEN AND PARTS DRYING LINE. THE OVENS WILL BE TAKEN DOWN AND STACKED ON PALLETS FOR MOVING TO WAREHOUSE. THE REMOVE TO INCLUDE ALL LABOR AND LIFTING EQUIPMENT REQUIRED FOR COMPLETE TAKE DOWN OF OVEN AND TRANSPORTED TO NEW WAREHOUSE FOR STORING. THE ASSEMBLY DRYING LINE TAKE DOWN TO INCLUDES SETTING ON PALLETS AND SECURE ALL CONTROLS AND WIRING. THE REMOVAL OF BOTH UNITS TO INCLUDE EXHAUST DUCTS AT ROOF LEVEL. THE EXHAUST DUCT WILL BE COVERED WITH BLANK SHEET METAL PLATE. CLOSED TO KEEP EXISTING OVEN RUNNING. ALL ELECTRICAL CONNECTIONS TO BE TAGGED OUT BY J&A. THE MACHINES TO BE REMOVED IN PIECES OR PALLETS TO OF SITE WAREHOUSE. THE PRICE INCLUDES ALL LIFTING EQUIPMENT AND REQUIRED TOOLS FOR THE COMPLETE MOVE AND DISASSEMBLE OF OVENS. SCOPE OF WORK: REMOVE TUNNEL OVEN AND PARTS DRYING LINE. THE UNITS WILL BE TAKEN DOWN TO SIZE FOR TRANSPORT TO AN OF SITE WAREHOUSE. REMOVE EXHAUST AIR DUCT TO INCLUDE CLOSING OPENING TO RUNNING OVEN. TAG OUT UNITS OF ALL POWER FEEDS TO OVENS AND CONTROLS - REMOVE ALL-NATURAL GAS LINES SUPPLING THE OVENS - TAKE DOWN OF ALL VENTING AND EXHAUST DUCT WORK TO OVENS - TAKE DOWN OF OVENS AND REMOVE FROM AREA - OVENS BROKEN DOWN INTO SMALLER SECTIONS FOR TRANSPORT | | 18 | $28,415.62 | $28,415.62 | $28,415.62 |

EXHIBIT A

**Trico Products Corporation**
**Master Lease No. OFI1045321**
**Lease Schedule No. 028**

$3,997,807.01 $3,997,807.01

| ADDRESS | CITY | ST | ZIP | VENDOR | INVOICE NO. | INVOICE DATE | QTY | DESCRIPTION | IDENTIFICATION # | PC NO. | PER UNIT | UNIT TOTAL | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | RR MULTISERVICES LLC | 1048 | 12/13/2023 | 1 | UNLOADING OF MXI MIXER FROM CONTAINERS AND ASSEMBLE UNIT IN PRODUCTION AREA. THE MIXER WILL BE UNLOADED FROM FOUR CONTAINERS AND MOVED TO, STAGING AREA FOR ASSEMBLY. THE UNLOADING AND ASSEMBLE TO INCLUDE ALL LABOR AND LIFTING EQUIPMENT REQUIRED FOR COMPLETE RIGGING AND SETUP. NOT INCLUDED IN THE PRICE ARE POWER SUPPLY, COMPRESSED AIR AND EXHAUST DUCTS. THE PRICE INCLUDES ALL LIFTING EQUIPMENT AND REQUIRED TOOLS FOR THE COMPLETE ASSEMBLY OF THE MXI-80L MIXER. *SCOPE OF WORK* UNLOAD FOUR CONTAINERS OF MXI MIXER COMPONENTS. SETUP UNIT IN STAGING AREA AND ASSEMBLE. • UNLOAD FOUR CONTAINERS WITH MXI MIXER PARTS. • CONTAINERS UNLOADED ON DOCK WITH CRANE, FORKLIFT AND ROLLERS. • RIGG COMPONENTS TO STAGING AREA. • ASSEMBLE COMPONENTS AS PER PRINTS AND ANCHOR. • REMOVE ALL PACKAGING MATERIALS. ESTIMATED TIME FOR COMPLETION IS TWO WEEKS WITH FULL ACCESS TO THE AREA. | | 19 | $61,200.00 | $61,200.00 | $61,200.00 |
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | RR MULTISERVICES LLC | 1046 | 12/8/2023 | 1 | UNLOADING OF UMD 14532 COMPONENTS FROM TWO TRAILERS AND SETUP IN STAGING AREA. THE COMPONENTS UNLOADED WITH CRANE AND FORKLIFT. ALL UNITS ARE SET UP ON THE PRODUCTION FLOOR AS PER CUSTOMER LAYOUT. THE UNLOADING AND ASSEMBLE TO INCLUDE ALL LABOR AND LIFTING EQUIPMENT REQUIRED FOR COMPLETE RIGGING AND SETUP. NOT INCLUDED IN THE PRICE ARE POWER SUPPLY, COMPRESSED AIR AND EXHAUST DUCTS. THE PRICE INCLUDES ALL LIFTING EQUIPMENT AND REQUIRES TOOLS FOR THE COMPLETE ASSEMBLY OF UMD 14532 LINE. *SCOPE OF WORK* UNLOAD TWO TRAILERS WITH UMD COMPONENTS. SETUP UNIT IN STAGING AREA AND ASSEMBLE. • UNLOAD TWO TRAILERS WITH UMD 14532 PARTS. • UNLOADED ON DOCK WITH CRANE, FORKLIFT AND ROLLERS. • RIGG COMPONENTS TO STAGING AREA. • ASSEMBLE COMPONENTS AS PER PRINTS AND ANCHOR. • REMOVE ALL PACKAGING MATERIALS. | | 19 | $58,200.00 | $58,200.00 | $58,200.00 |
| Champion Laboratories, Inc. located at 200 S. 4th Street | Albion | IL | 62806 | INFINITY MOLDING & ASSEMBLY, INC. | TO 1855<br>TO 1903 | 6/10/2022 | 1 | INJECTION MOLD TOOL 98-47596 FRAME | | 20.1<br>20.2 | $93,200.00 | $93,200.00 | $93,200.00 |
| Champion Laboratories, Inc. located at 200 S. 4th Street | Albion | IL | 62806 | INFINITY MOLDING & ASSEMBLY, INC. | TO 1931 | 12/13/2023 | 1 | INJECTION MOLD TOOL 98-47596 FRAME | | 20.3 | $14,300.00 | $14,300.00 | $14,300.00 |
| Champion Laboratories, Inc. located at 200 S. 4th Street | Albion | IL | 62806 | INFINITY MOLDING & ASSEMBLY, INC. | TO 1911 | 8/29/2023 | 1 | FRAME LAF6271A - 98-47596 | | 20.4 | $1,203.40 | $1,203.40 | $1,203.40 |
| Strongarm, LLC located at 3108 HWY 76 East | Marion | SC | 29571 | WEISS NORTH AMERICA, INC. | 14337<br>14338 | 12/19/2023<br>2/7/2024 | 1 | ROTARY INDEXING TABLE TC 320T | | 21.1<br>21.2 | $9,390.00 | $9,390.00 | |
| | | | | | | | 1 | VARIABLE FREQUENCY DRIVE; CONFIGURED PARAMETERS ROCKWELL | | 21.1<br>21.2 | $940.00 | $940.00 | |
| | | | | | | | 1 | CHASSIS WITH WELDED STYLE BASE FRAME, ALUMINUM BASE PLATE, ALUMINUM DIAL PLATE, MECHANICAL ANVIL BACKUP ASSEMBLY, ALUMINUM SECTIONAL PLATE(S), EXTENSION ARM(S), AND ALUMINUM TIE PLATE | | 21.1<br>21.2 | $33,030.00 | $33,030.00 | $43,360.00 |
| Strongarm, LLC located at 3108 HWY 76 East | Marion | SC | 29571 | MOTION INDUSTRIES, INC. | SC01 OCN 364022 / SC0 | 12/01/2023 / 1/29/2024 | 12 | 16-C TOP LOCK PNEUMATIC LEXAIR 65206 | | 22 | $1,000.00 | $12,000.00 | |
| | | | | | | | 12 | LEXAIR 16C COLLETS 15MM | | 22 | $160.00 | $1,920.00 | |
| | | | | | | | 12 | LEXAIR 16C COLLETS 18MM | | 22 | $160.00 | $1,920.00 | |
| | | | | | | | 12 | LEXAIR 16C COLLETS 19MM | | 22 | $160.00 | $1,920.00 | |
| | | | | | | | 12 | LEXAIR 16C COLLETS 22MM | | 22 | $160.00 | $1,920.00 | |
| | | | | | | | 12 | LEXAIR 16C COLLETS 28MM | | 22 | $160.00 | $1,920.00 | |
| | | | | | | | 1 | FREIGHT | | 22 | $291.06 | $291.06 | $21,891.06 |

EXHIBIT A

**Trico Products Corporation**
**Master Lease No. OFI1045321**
**Lease Schedule No. 028**

$3,997,807.01 $3,997,807.01

| ADDRESS | CITY | ST | ZIP | VENDOR | INVOICE NO. | INVOICE DATE | QTY | DESCRIPTION | IDENTIFICATION # | PC NO. | PER UNIT | UNIT TOTAL | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | RR MULTISERVICES LLC | 1060 | 1/12/2024 | 1 | LABOR AND LIFTING EQUIPMENT FOR SETTING UP 11 FORMING MACHINE. THE MACHINES TO INCLUDE PARTS WASHING STATIONS AND ROLLER DIE. THE EQUIPMENT WILL BE ROLLED IN PLACE WITH ROLLERS AND LIFTING EQUIPMENT. THE PRESS WILL BE ROLLED FROM EXISTING LOCATION AND SETUP AS PER SUPPLED PRINT. THE PRESS WILL BE PRICE INCLUDES COMPLETE RIGGING OF MACHINES AND SETUP AS PER PRINT. SCOPE OF WORK. RIGGING AND SETUP 11 MACHINES SECONDARY EQUIPMENT. THE PRESS WILL BE ROLLED FROM THE LOCATION AND SET IN NEW PLACE AS PER SUPPLIED PRINTS. -SET 11 FORMING MACHINES AS PER SUPPLIED PRINTS -SET FORMING MACHINES ON OIL TRAYS -ALL MACHINES SETUP MAS PER CUSTOMER SUPPLIED PRINT -SETUP SECONDARY PROCESS EQUIPMENT AS PER PRINT -INCLUDES WASH STATIONS AND ROLLER DIES -PRESS SET IN NEW LOCATION AS PER | | 23 | $18,500.00 | $18,500.00 | $18,500.00 |
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | GRAND RIVER MAINTENANCE AND SERVICES, LLC | 1050 | 1/17/2024 | 1 | FABRICATE - SUPPLY 5 GALVANIZED. OIL CONTAINMENT TRAYS FOR MACHINES IN OPERATING AREAS 4 GALVANIZED TRAYS 3W X 10L X 3H1 GLVANIZED TRAYS 4W X 10L X 3H | | 24 | $5,850.00 | $5,850.00 | $5,850.00 |
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | RR MULTISERVICES LLC | 1061 | 2/11/2024 | 1 | SELECTIVE PALLET RACK SYSTEM 14 SECTIONS FLOOR + 3 LEVELS<br><br>15 NEW UPRIGHT 16'X42"X3" Cap # 23,000 lbs @ 48" WELDED 84 NEW CROSSBEAM 96"X4" CAP #5,370 LBS PER PR. 84 NEW WIREDECK 42"X46" CAP # 2,500 LBS 1 INSTALLATION OF 14 SECTIONS IN BROWNSVILLE 30 ANCHOR 1/2" X 3" 3/4 1 DRILL BIT 6" | | 25 | $19,781.31 | $19,781.31 | $19,781.31 |
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | RR MULTISERVICES LLC | 1044 | 12/1/2023 | 1 | RIGGING AND INSTALLATION | | 26 | $57,100.00 | $57,100.00 | $57,100.00 |
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | RR MULTISERVICES LLC | 1065 | 2/22/2024 | 1 | 2 6' HIGH MEZZANINES 1/4" NON-SLIP PLATE 2"X 2" X 3/16 ANGLE FOR BASE 4" X 4" C11 SQUARE TUBE INCLUDES RAILING THE MEZZANINE IS 14' FEET WIDE. WORK, PAINTING AND MATERIALS ARE INCLUDED. | | 27 | $48,800.00 | $48,800.00 | $48,800.00 |
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | BALL BROS. MACHINERY LTD. | 24-001 | 1/26/2024 | 1 | 4.5" DAVIS STANDARD COLD FEED RUBBER EXTRUDER MODEL 45IN45H 20:1 L/D 4.5" SCREW VENTED/PLUGGED BARREL ELECTRICALLY HEATED AND LIQUID COOLED POWERED ROLLER FEED BELT DRIVEN BY 150 HP DC MOTOR AND SCR CONTROL FREE-STANDING TEMPERATURE CONTROL PANEL DAVIS CLAM HEAD DAVIS GEAR BOX WITH 17.36/1 GEAR RATIO RATED AT 304 HP | | 28 | $75,000.00 | $75,000.00 | $75,000.00 |
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | BOWMAN ANALYTICS, INC. | INV/2024/35829<br>INV/2024/35967 | 1/29/2024<br>4/5/2024 | 1 | X-RAY SYSTEM - PROGXY, W TUBE. VAR30X, SDD KDPP3, 24MIL MC | | 29.1<br>29.2 | $31,526.88 | $31,526.88 | |
| | | | | | | | 1 | COMPUTER DESKTOP | | 29.1<br>29.2 | $2,445.00 | $2,445.00 | |
| | | | | | | | 1 | COMPUTER MONITOR | | 29.1<br>29.2 | $345.00 | $345.00 | |
| | | | | | | | 1 | NI FOIL 200UIN (5UM) | | 29.1<br>29.2 | $368.00 | $368.00 | |
| | | | | | | | 1 | NI FOIL 400UIN (10UM) | | 29.1<br>29.2 | $315.00 | $315.00 | $34,999.88 |
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | RR MULTISERVICES LLC | 1066<br>1100 | 1/23/2024<br>3/7/2024 | 1 | RIGGING AND RELOCATION OF WIPER SLEAVE LINE WHICH INCLUDES COMPLETE TAKEDOWN AND SET UP, LABOR AND LIFTING EQUIPMENT REQUIRED FOR COMPLETE TAKE DOWN OF THE LINE AND TRANSPORT | | 30.1<br>30.2 | $195,500.00 | $195,500.00 | $195,500.00 |
| Champion Laboratories, Inc. located at 200 S. 4th Street | Albion | IL | 62806 | PRO MACH INC. dba SERPA PACKAGING SOLUTIONS LLC | 49175 | 12/29/2023 | 2 | CHAIN ASSEMBLY BACKUP 9" PITCH LHL | S-01722 | 31 | $18,238.11 | $36,476.22 | |
| | | | | | | | 2 | CHAIN ASSEMBLY PUSHER, 9" PITCH LHL | | 31 | $16,433.97 | $32,867.94 | |
| | | | | | | | 2 | CHAIN ASSEMBLY PUSHER, 9" PITCH LHL | | 31 | $16,433.97 | $32,867.94 | |
| | | | | | | | 2 | 1722 CHAIN TRACK KIT (INCLUDES SET OF 8 TRACKS) | | 31 | $9,282.79 | $18,565.58 | |
| | | | | | | | 1 | SHIPPING AND HANDLING | | 31 | $886.97 | $886.97 | $121,664.65 |
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | KUNSHAN SUNTECH TOOLING CO., LTD | 24030101<br>24111101 | 3/1/2024<br>11/11/2024 | 1 | ASSEM E-FLEX TOOL 26 | | 32.1<br>32.2 | $22,000.00 | $22,000.00 | |

EXHIBIT A

**Trico Products Corporation**
**Master Lease No. OFI1045321**
**Lease Schedule No. 028**

$3,997,807.01 $3,997,807.01

| ADDRESS | CITY | ST | ZIP | VENDOR | INVOICE NO. | INVOICE DATE | QTY | DESCRIPTION | IDENTIFICATION # | PC NO. | PER UNIT | UNIT TOTAL | INVOICE TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | KUNSHAN SUNTECH TOOLING CO., LTD | 24030101<br>24111101 | 3/1/2024<br>11/11/2024 | 1 | ASSEM E-FLEX TOOL 26 | | 32.1<br>32.2 | $22,000.00 | $22,000.00 | |
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | KUNSHAN SUNTECH TOOLING CO., LTD | 24030101<br>24111101 | 3/1/2024<br>11/11/2024 | 1 | MATERIAL FOR 2 SETS DIE TRYOUT, AND 300PCS SAMPLES EACH DIE | | 32.1<br>32.2 | $2,000.00 | $2,000.00 | $46,000.00 |
| Brake Parts Inc LLC located at: 1100 & 1380 Corporate Drive | McHenry | IL | 60050 | A.J.L. ELECTRIC, INC. | 16225 | 4/8/2024 | 1 | PARCEL LINE ELECTRICAL FEED REQUIREMENTS I-1203-24 TOTAL LABOR AND MATERIALS | | 33 | $33,962.00 | $33,962.00 | $33,962.00 |
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | BINATIONAL INDUSTRIAL SERVICES LLC | BIS-1006<br>BIS-1011 | 4/10/2024<br>4/23/2024 | 1 | MATERIALS, TOOLS, ACCESSORIES & EQ TO SUPPLY AIR HANDLING UNIT #2 | | 34.1<br>34.2 | $47,864.00 | $47,864.00 | |
| | | | | | | | 1 | SERVICES AND LABOR TO INSTALL AIR HANDLING UNIT #2 | | 34.1<br>34.2 | $11,966.00 | $11,966.00 | $59,830.00 |
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | ROLER MACHINE SHOP INCORPORATED | 8098 | 4/24/2024 | 6 | FABRICATE STUD BENCH WORK STATION INCLUDING BUT NOT LIMITED TO THE FOLLOWING:<br>SQUARE TUBING TABLE WITH PLYWOOD, LAMP ON/OFF SWITCH, CONTACTORS, HEAVY DUTY BENCH VISE WITH SWIVEL BASE, FRONT WALL WITH PEGBOARD STEEL, AIR HOSES AND CONNECTORS | | 35 | $2,400.00 | $14,400.00 | $14,400.00 |
| 1900 & 1995 Billy Mitchell Blvd. | Brownsville | TX | 78521 | ROLER MACHINE SHOP INCORPORATED | 8099<br>8433 | 4/24/2024<br>11/19/2024 | 1 | FABRICATE BVT05T001 DIE SET | | 36.1<br>36.2 | $55,325.00 | $55,325.00 | $55,325.00 |

**each line item as may be more fully described on the referenced invoice(s) and related underlying quotes, purchase orders, etc., and all such Property to include any and all attachments, replacements, parts, substitution, additions, repairs, accessions and accessories incorporated therein and/or affixed thereto.**