**EXHIBIT G**

onset financial

December 4, 2024

Edward James
Executive Vice President
Trico Products Corporation
127 Public Square, Suite 5300
Cleveland, Ohio 44114

Re: Lease Schedule No. 028 dated August 1, 2023, as amended by Amendment No. 1 dated December 4, 2024, (collectively, the "Schedule"), to Master Lease Agreement No. OFI1045321 dated May 9, 2018 (the "Master Lease"), between **ONSET FINANCIAL, INC.** (the "Lessor") and **TRICO PRODUCTS CORPORATION** (the "Lessee"), hereinafter referred to as the "Lease".

Term: Thirty-six (36) Base Period Monthly Rental payments remaining
Thirty-five (35) Base Period Monthly Rental payments assigned

Monthly Rental: $116,935.86

Dear Mr. James:

Notice is hereby given that effective December 4, 2024, the Lessor has assigned the Lease and sold the underlying property (the "Property") to **PLANTERS BANK** (the "Successor Lessor").

Lessee is hereby directed and by signature below agrees, to pay directly to the Successor Lessor at the address set forth below, all amounts required to be paid by the Lessee under the Lease including, but not limited to, all lease payments, casualty, loss or termination payments, accelerated payments upon default, attorney's fees and expenses of collection and enforcement of the Lease.

All amounts from time to time payable under the Lease to the Lessor shall be paid as follows: Thirty-Six (36) consecutive Base Period Monthly Rental payments of $116,935.86 commencing on January 1, 2025 consisting of (1) Base Period Monthly Rental payment due to Lessor on December 1, 2025 followed by Thirty-Five (35) consecutive Base Period Monthly Rental payments due to the Successor Lessor at its office at 201 Northwest Railroad, Suite 110, Hammond, LA 70401 beginning on February 1, 2025 through and including the payment due on December 1, 2027.

Lessee, by signature below, acknowledges notice of the foregoing sale and assignment, and agrees that: the Lease is in full force and effect and Lessee is not in default thereunder; Lessee's obligations to make all payments under the Lease and the rights of Successor Lessor in and to such amounts, shall be as set forth in the Lease; the Lessee has received no notice of a prior transfer, assignment, hypothecation or pledge of the Lease or of the rents reserved thereunder; and the Lessee will not modify or consent to any modification of the terms of the Lease or enter into any sublease of the Property or assignment of the Lease without the prior written consent of the Successor Lessor; the Successor Lessor shall not have any affirmative obligation under the Lease except to take no action to impair Lessee's quiet enjoyment and use of the Property so long as the Lessee is not in default under the terms of the Lease.

Sincerely,

**ONSET FINANCIAL, INC.**

BY: ______________________
Lindsay Fellmeth
TITLE: Vice President

[Signature(s) on following page]

[Notice of Assignment Signature Page]

The foregoing is hereby acknowledged and agreed to by the undersigned:

**TRICO PRODUCTS CORPORATION**

BY: ______________________

TITLE: Executive Vice President

DATE: December 20, 2024