# **EXHIBIT H**

## NOTICE TO REPURCHASE

Date: December 27, 2024

To: Planters Bank
201 Northwest Railroad, Suite 110
Hammond, LA 70401

Re: Sales and Assignment Agreement dated August 17, 2023, as amended, by and between Onset Financial, Inc. as "Seller" and Planters Bank as "Buyer", (collectively, the "Agreement")

All capitalized terms used herein but not defined herein shall have the same meanings ascribed to them in the Agreement.

Seller hereby gives written notice to Buyer of its intent to repurchase the Lease (as defined below) and related property. The repurchase shall take place at any time during, or at the end of the Lease. The repurchase price shall be determined as set forth in the Unilateral Repurchase Rights section in the Agreement.

Repurchased Lease

Lessee: **TRICO PRODUCTS CORPORATION**

Lease Schedule No. 028 dated August 1, 2023, as amended, to Master Lease Agreement No. OFI1045321 dated May 9, 2018, (collectively, the "Lease").

**ONSET FINANCIAL, INC.**

BY: [signature]
Lindsay Fellmeth
TITLE: Vice President

Planters Bank hereby acknowledges receipt of this Notice to Repurchase and agrees to sell the above described Lease back to Seller as set forth herein and in the applicable Agreement.

**PLANTERS BANK**

BY: [signature]

TITLE: SVP, Lending

DATE: 12-27-2024



\\UTSJ-VS-WFS01.OSFI.Local\Lease Operations\Master Library\Underwriters\Planters Bank\OFI Notice to Repurchase.dotx